IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAD J. SHANDLER, as Trustee to the Insilco Liquidating Trust,<br><br>    Appellant.<br><br>v.<br><br>TERM C. LENDERS,<br><br>    Appellees. | Case No. 04-1567(GMS) |

**MEDIATOR'S REPORT AND RECOMMENDATION
TO PROCEED WITH APPEAL AND FURTHER MEDIATION**

Kevin Gross, the Court appointed mediator in the appeal from the Bankruptcy Court's Order entered on November 18, 2004, hereby reports as follows:

1. The Mediator conducted two formal mediation sessions and had numerous communications with the parties.

2. The sessions were productive but did not culminate in the settlement of the appeal.

3. The impediment to a successful resolution of the appeal is the pendency of a related adversary proceeding in the Bankruptcy Court captioned <u>Chad J. Shandler, Trustee v. DLJ Merchant Bankers, Inc. n/k/a Credit Suisse First Boston, et al.</u>, Adv. Pro. No. 04-57950. Briefing of a motion to dismiss in the adversary proceeding is near completion. The Mediator believes that upon the completion of the briefing, further mediation can be useful. At this time, however, some of the parties have requested that the appeal proceed.

## MEDIATOR'S RECOMMENDATION

There is no reason to further stay the parties' submission of their appellate briefs. While such briefing proceeds, the Mediator and the parties should continue to mediate, particularly at the conclusion of the briefing of the motion to dismiss in the adversary proceeding.

Dated: May 6, 2005                              COURT APPOINTED MEDIATOR

*[signature]*
Kevin Gross (DE Bar I.D. #209)
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801
Tel: (302)656-4433
Fax: (302)658-7567
E-mail: kgross@rmgglaw.com

## **CERTIFICATE OF SERVICE**

I, Kevin Gross, hereby certify that on this 6th day of May, 2005, I caused a copy of the foregoing Mediator's Report and Recommendation to Proceed with Appeal upon the following counsel by first class mail:

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246

Karen E. Wagner, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Michael S. Cryan, Esquire
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

_____
Kevin Gross