IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Appellant,<br><br>v.<br><br>TERM C LENDERS,<br><br>Appellees | :<br>:<br>:<br>:<br>:<br>: C.A. No. 04-1567 (GMS)<br>:<br>:<br>:<br>:<br>: |

## STIPULATION SETTING FORTH APPELLATE BRIEFING SCHEDULE

WHEREAS, after extensive mediation between the parties in the above-captioned appeal and the Mediator having issued his Report and Recommendation to Proceed with Appeal and Further Mediation (Docket No. 9) on May 6, 2005;

IT IS HEREBY STIPULATED, by and between Chad J. Shandler, as Trustee to the Insilco Liquidating Trust (the "Appellant"), and the Term C Lenders (the "Appellees") as follows:

1. Appellant shall file his Opening Brief in the captioned appeal on or by July 13, 2005.

2. Appellees shall file their Response Brief on or before July 29, 2005.

3. Appellant shall file his Reply Brief on or before August 5, 2005.

4. Oral argument shall be held and scheduled at the convenience of the Court.

[Signatures on following page.]

WLM\209109.1

DATED:       June 14, 2005

_____  _____
Michael R. Lastowski (DE 3892)      Charlene Davis (DE 2336)
Christopher M. Winter (DE 4163)     THE BAYARD FIRM
DUANE MORRIS LLP                    222 Delaware Avenue, Suite 900
1100 North Market Street, Suite 1200 Wilmington, DE 19899
Wilmington, DE 19801-1246           Telephone:   (302) 429-4212
Telephone:   (302) 657-4900         Facsimile:   (302) 658-6395
Facsimile:   (302) 657-4901

                                    -and-
-and-
                                    Karen E. Wagner, Esq.
Andrew I. Silfen                    Patricia A. Bradford, Esq.
Schuyler G. Carroll                 James I. McClammy, Esq.
Michael S. Cryan                    DAVIS POLK & WARDWELL
ARENT FOX PLLC                      450 Lexington Avenue
1675 Broadway                       New York, NY 10017
New York, NY 10019
Telephone:   (212) 484-3900         *Attorneys for Term C Lenders*

*Counsel for Chad J. Shandler,*
*Creditor Trustee*

WLM\209109.1                    2