IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*, <br><br> Appellant, <br><br> v. <br><br> TERM C LENDERS, <br><br> Appellees. | : <br> : <br> : <br> : <br> : C.A. No. 04-1567 (GMS) <br> : <br> : <br> : <br> : <br> : |

## ORDER

Upon the request of the Parties and after mediation between the parties in the above-captioned appeal and the Mediator having issued his Report and Recommendation to Proceed with Appeal and Further Mediation (Docket No. 9) on May 6, 2005,

IT IS HEREBY ORDERED that the Stipulation Setting Forth Appellate Briefing Schedule (the "Stipulation") is GRANTED;

Dated: _____, 2005          _____
                                                                        The Honorable Gregory M. Sleet
                                                                        United States District Court Judge

WLM\209109.1