# DuaneMorris*

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

CHRISTOPHER M. WINTER
DIRECT DIAL: 302 657 4951
E-MAIL: cmwinter@duanemorris.com

www.duanemorris.com

June 16, 2005

**Via Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    **Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. v. Term C. Lenders, Civil Action No. 04-1567 (GMS)**

Dear Judge Sleet:

      I write as counsel to Chad J. Shandler, Creditor Trustee and appellant in the above-referenced action. As Your Honor may know, the Appellant and the Appellees have engaged in mediation, but have been unable to reach a resolution. The Mediator issued his Report and Recommendation to Proceed with Appeal and Further Mediation (Docket No. 9) on May 6, 2005 recommending, among other things, that the parties proceed with briefing. The parties have conferred and entered into the attached Stipulation Setting Forth Appellate Briefing Schedule. If the briefing schedule contained in the Stipulation is acceptable to Your Honor, we respectfully request that the Court enter the attached order approving the Stipulation.

      As always, I am available to answer any questions at the Court's convenience.

      Respectfully,

      Christopher M. Winter

CMW/ata
Enclosure
cc:    Andrew Silfen, Esquire
        Schuyler G. Carroll, Esquire

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246   PHONE: 302 657 4900   FAX: 302 657 4901
WLM\209155.1

DuaneMorris

The Honorable Gregory M. Sleet
June 16, 2005
Page 2

    Michael S. Cryan, Esquire
    Charlene D. Davis, Esquire
    Karen E. Wagner, Esquire
    Patricia A. Bradford, Esquire
    James I. McClammy, Esquire

WLM\209155.1