IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>   Debtors. | ) Chapter 11<br>)<br>) Case No. 02-13672 (KJC)<br>)<br>) (Jointly Administered)<br>) |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust,<br><br>   Appellant.<br><br> v.<br><br>TERM C LENDERS,<br><br>   Appellees. | )<br>)<br>)<br>) Case No. 04-1567 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPENDIX TO APPELLANT'S BRIEF

Dated: July 13, 2005
  Wilmington, Delaware

DUANE MORRIS LLP
Michael R. Lastowski (ID No. 3892)
Richard W. Riley (ID No. 4052)
Christopher M. Winter (ID No. 4163
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901

-and-

ARENT FOX LLPC
Andrew I. Silfen
Michael S. Cryan
Heike M. Vogel
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Attorneys for Chad Shandler, Trustee
of the Insilco Liquidating Trust*

WLM\209776.1

| Document Name | Docket No./Date Filed | Bates No. |
|---|---|---|
| Order Pursuant to Bankruptcy Code Sections 363(b) and 105(a) and Fed. R. Bankr. P. 9019 Approving Settlement Agreement by and Among the Debtor, the Official Committee of Unsecured Creditors, Wachovia Bank, N.A., U.S. Bank, N.A., Certain of the Debtors Senior Secured Lenders and the Agent for the Debtors' Senior Secured Lenders | Docket No. 721<br>Filed on 6/11/2003 | A-1 through A-70 |
| Debtors' Amended Joint Liquidating Plan Under Chapter 11 of the Bankruptcy Code | Docket No. 1019<br>Filed on 2/13/2004 | A-71 through A-172 |
| First Omnibus (Substantive) Objection of the Official Committee of Unsecured Creditors to Claims of Class 7 Creditors, Including MBP II Plan Investors, L.P., DLJ Offshore Partners, L.P., DLJ ESC II, L.P., DLJ EAB Partners, L.P., DLJ Merchant Banking Partners II-A, L.P., DLJ Merchant Banking Partners II, L.P., DLJ Diversified Partners, L.P., and DLJ Diversified Partners-A, L.P. (Claim Nos. 607-616) | Docket No. 1169<br>Filed on 6/09/2004 | A-173 through A-206 |
| Findings of Fact, Conclusions of Law and Order Under Section 1129 of the Bankruptcy Code and Rule 3020 of the Bankruptcy Rules Confirming the Amended Joint Liquidating Plan Pursuant to Chapter 11 of the United States Bankruptcy Code | Docket No. 1173<br>Filed on 6/10/04 | A-207 through A-355 |
| Motion of Term-C Lenders to Enforce Orders, Dismiss Objection of the Official Committee of Unsecured Creditors, and Authorize Distribution | Docket No. 1234<br>Filed on 7/23/2004 | A-356 through A-393 |

| | | |
|---|---|---|
| Memorandum of Law of Official Committee of Unsecured Creditors in Opposition to the Class 7 Creditors' Motion to Dismiss the Committee's Objection | Docket No. 1275<br><br>Filed on 9/03/2004 | A-394 through A-617 |
| Reply Memorandum of Law in Support of Term-C Lenders' Motion to Enforce Orders, Dismiss Complaint and Authorize Distribution | Docket No. 1298<br><br>Filed on 9/24/2004 | A-618 through A-637 |
| Order Granting Motion and Memorandum of Law of the Term-C Lenders to Enforce Orders, Dismiss Objection of the Official Committee of Unsecured Creditors and Authorize Distribution | Docket No. 1356<br><br>Filed on 11/22/2004 | A-638 through A-641 |

WLM\209776 1