05/09/2003 13:19 FAX 973 437 1037    GSC PARTNERS                    ☒002
05/09/2003 10:34 FAX 212 884 8184    GSC PARTNERS                    ☒002

28

| | |
|---|---|
| **SILVER OAK CAPITAL, L.L.C.** | **ING PRIME RATE TRUST** |
| By: | By: |
| Name: | Name: |
| Title: | Title: |
| **BLACK DIAMOND CLO 2000-1 LTD.** | **ARES LEVERAGED INVESTMENT FUND II, L.P.** |
| By: | By: |
| Name: | Name: |
| Title: | Title: |
| **ARES IV CLO LTD.** | **SUFFIELD CLO, LIMITED** |
| By: | By: |
| Name: | Name: |
| Title: | Title: |
| **MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY** | **MORGAN STANLEY DEAN WITTER PRIME INCOME TRUST** |
| By: | By: |
| Name: | Name: |
| Title: | Title: |
| **GSC RECOVERY II, L.P.** | **GSC RECOVERY IIA, L.P.** |
| By: | By: |
| Name: | Name: |
| Title: | Title: |
| **THIRD AVENUE TRUST** | **ORIX FINANCE CORP. I** |
| By: | By: |
| Name: | Name: |
| Title: | Title: |

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:   Sheppard H.C. Davis, Jr.
Title:    Authorized Representative

MAY 12 2003 13:01 FR GE CAPITAL          203 602 9241 TO 913127321775     P.02/02

29

**GE CAPITAL CFE, INC.**
                          Joseph Badini

Duly Authorized Signatory

By:

Name:   $Joseph Badini$

Title:   Vice President

**TRANSAMERICA BUSINESS CREDIT CORPORATION**

By: _____

Name:

Title:

**BANK ONE N.A.**

By: _____

Name:

Title:

**NATIONAL CITY BANK**

By: _____

Name:

Title:

**THE HUNTINGTON NATIONAL BANK**

By: _____

Name:

Title:

**LASALLE BANK NATIONAL ASSOCIATION**

By: _____

Name:

Title:

29

Name:                          Name:
Title:                         Title:

ARES IV CLO LTD.               SUFFIELD CLO, LIMITED

By: _____            By: _____
Name:                          Name:
Title:                         Title:

MASSACHUSETTS MUTUAL LIFE       MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY              INCOME TRUST

By: _____            By: _____
Name:                          Name:
Title:                         Title:

GSC RECOVERY II, L.P.          GSC RECOVERY IIA, L.P.

By: _____            By: _____
Name:                          Name:
Title:                         Title:

THIRD AVENUE TRUST             ORIX FINANCE CORP. I

By: _____            By: _____
Name:                          Name:
Title:                         Title:

GE CAPITAL CFE, INC.           NATIONAL CITY BANK

By: _____            By: _____
Name:                          Name: Thomas D. Peoples
Title:                         Title: Vice Pres.

TRANSAMERICA BUSINESS CREDIT    THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____            By: _____

TO 13127321775    P.02/02

29

**TRANSAMERICA BUSINESS CAPITAL CORPORATION**

By: _____
Name: Stephen N. Goetschius
Title: Senior Vice President

**BANK ONE N.A.**

By: _____
Name:
Title:

**THE HUNTINGTON NATIONAL BANK**

By: _____
Name:
Title:

**LASALLE BANK NATIONAL ASSOCIATION**

By: _____
Name:
Title:

** TOTAL PAGE.02 **

May-07-03   10:35   From-                    614-480-3055    T-776   P 001/002   F-786

29

GE CAPITAL CFE, INC.                    NATIONAL CITY BANK

By: _____            By: _____
Name:                                   Name:
Title:                                  Title:

TRANSAMERICA BUSINESS CREDIT            THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____            By: _____
Name:                                   Name:   David F. Isler
Title:                                  Title:  Senior Vice President

BANK ONE N.A.                           LASALLE BANK NATIONAL ASSOCIATION

By: _____            By: _____
Name:                                   Name:
Title:                                  Title:

A - 57

29

**GE CAPITAL CFE, INC.**

By: _____
Name:
Title:

**TRANSAMERICA BUSINESS CREDIT CORPORATION**

By: _____
Name:
Title:

**BANK ONE N.A.**

By: _____
Name: KEVIN CHRISTENSEN
Title: 1ST VP

**NATIONAL CITY BANK**

By: _____
Name:
Title:

**THE HUNTINGTON NATIONAL BANK**

By: _____
Name:
Title:

**LASALLE BANK NATIONAL ASSOCIATION**

By: _____
Name:
Title:

29

GE CAPITAL CFE, INC.

By: _____
Name:
Title:

TRANSAMERICA BUSINESS CREDIT
CORPORATION

By: _____
Name:
Title:

BANK ONE N.A.

By: _____
Name:
Title:

NATIONAL CITY BANK

By: _____
Name:
Title:

THE HUNTINGTON NATIONAL BANK

By: _____
Name:
Title:

LASALLE BANK NATIONAL ASSOCIATION

By: _____
Name:
Title:    MARGARET P. HEGER
         FIRST VICE PRESIDENT

INSILCO HOLDING CO.

By: _____
Name: Carol G. Stebbins
Title: President

INNET TECHNOLOGIES, INC.

By: _____
Name: Carol G. Stebbins
Title: President

INSILCO INTERNATIONAL
HOLDINGS, INC.

By: _____
Name: Carol G. Stebbins
Title: President

PRECISION CABLE MFG. CORPORATION

By: _____
Name: Carol G. Stebbins
Title: President

EYELETS FOR INDUSTRY, INC.

By: _____
Name: Carol G. Stebbins
Title: President

EFI METALFORMING, INC.

By: _____
Name: Carol G. Stebbins
Title: President

STEWART STAMPING CORPORATION

By: _____
Name: Carol G. Stebbins
Title: President

STEWART CONNECTOR SYSTEMS, INC.

By: _____
Name: Carol G. Stebbins
Title: President

SIGNAL CARIBE, INC.

By: _____
Name: Carol G. Stebbins
Title: President

SIGNAL TRANSFORMER CO., INC.

By: _____
Name: Carol G. Stebbins
Title: President

## EXHIBIT A

1. Real property owned by one of the Debtors or an affiliate located in Larne, Northern Ireland

2. Real property owned by one of the Debtors located at 134 Wayfound Church Road, Hiddenite, North Carolina

3. Real property owned by one of the Debtors located at 500 E. Wichita #44, McAllen, Texas

4. The following personal property located at the Debtors' Columbus, Ohio office: See attachment

## List of Personal Property

All personal property in which the Debtors have an interest located at the Debtors' Dublin, Ohio offices, including the following:

| Type of Asset | Description |
|---|---|
| Painting | *Winter's Blanket* by Eli Bodo |
| Painting | *Late Winter* by Eli Bodo |
| Painting | *Discussing Current Events* by Louis Mueller |
| Painting | *Last Winter* by Ken Davis |
| Painting | *Richardson's Bard* by K. Kold-Fisher |
| Painting | *Biding Time* by William Hoyt |
| Painting | *Maine Cove in Winter* by Virginia Webb |
| Painting | *Winter in the Country* by Richard Logsdon |
| Painting | *Marshes at Old Lyme* by Eugene Conion |
| Painting | *Silver Star* by Eugene Conion |
| Painting | *Railroad Bridge* by Eugene Conion |
| Painting | *Last Request* by Earl Mitchell |
| Painting | *N.E. Covered Bridge* by Eugene Conion |
| Painting | *Miss Marple (Docked)* by Jack Garver |
| Painting | *Tobacco Barns* by Eugene Conion |
| Painting | *Red Barn* by Eugene Conion |
| Painting | *Farm Montagne Nr River* by Eugene Conion |
| Painting | *N.E. Ski Resort* by Cecile Johnson |
| Painting | *Back of Anderson's Place* by Eugene Conion |
| Painting | *April Flowers* |
| Painting | *The Hunt* by Heather St. Clair Davis |
| Painting | *River Reflections* by Eugene Conion |
| Painting | *River Reflections* by Eugene Conion |

| Type of Asset | Description |
|---|---|
| Painting | *Migrating Geese* by Eli Bodo |
| Painting | *River Road* by Jack Perrin |
| Painting | *Carp with Gord* by Junkan Kinoshita |
| Painting | *Johnson's New England* |
| Painting | *View of River from Essex* by Eugene Conion |
| Painting | *Forego* by Anthony Alonso |
| Painting | *Spring House at Emily's* by Peter Poskas |
| Painting | *Newfoundland Map* |
| Painting | *Sir Richard Sutton and the Quorn Hounds* by Bromley |
| Painting | *Edge of October* by Stuart Eldridge |
| Painting | *Frozen Canal in Holyoke* by Eugene Conion |
| Painting | *Canal in Holyoke* by Eugene Conion |
| Painting | *Railroad Trestle* by Eugene Conion |
| Painting | *Monroe Grange Building* by Eugene Conion |
| Painting | *Whetstone Brook* by Eugene Conion |
| Painting | *Nova Scotia House* by Jack Garver |
| Painting | *Red Dory* by Jack Garver |
| Painting | *Boathouse in the Trees* by John Neff |
| Painting | *Hanging Laundry* by John Neff |
| Painting | *Old Farm House* by Peter Poskas |
| Painting | *Birds Over Marsh* by Illegible |
| Painting | *Fields* by Davis Carroll |
| Painting | *Vermont Church* by Virginia Webb |
| Painting | *Calm Morning* by Hicken |
| Painting | *Carnival Horses* |
| Painting | *The Tenant House* by Claude Enders |
| Painting | *Winder Reflection* by Claude Enders |

| Type of Assets | Description |
|---|---|
| Painting | *Vinal Hanen* by Claude Enders |
| Painting | *At Uncle Bob's* by Claude Enders |
| Painting | *Yacht "Sachem"* by James Mitchell |
| Painting | *Valkyrie III* by James Mitchell |
| Painting | *September Passage* by Gerald McAnn |
| Painting | *Silent Passage* by Gerald McAnn |
| Painting | *Picuris Elder* by Julian Robles |
| Painting | *White House* by Kathleen Kolb-Fisher |
| Painting | *Freight Yards* by Eugene Conion |
| Painting | *Fields* by Stuart Eldredge |
| Painting | *Switching Station Skethe* by Eugene Conion |
| Painting | *Brick Tenements* by Eugene Conion |
| Painting | *Walter's Barn* by Virginia Webb |
| Painting | *Early Evening* by Arthur Jones |
| Painting | *Autumn's Peak* by Eli Bodo |
| Painting | *Winter Morning* by Virginia Webb |
| Painting | *The Yacht Brokers, Essex* by Eugene Conion |
| Painting | *Moored Yacht* by John Neff |
| Painting | *The Regatta* by George Shawe |
| Painting | *Prairie* by Eric Sloane |
| Painting | *Clam Shells* by Elwood Bengert (unaccounted for) |
| Painting | *By the Driveway* by Ken Davis (unaccounted for) |
| Painting | *Winged Kelp* by Marcia Norman (unaccounted for) |
| Painting | *Portrait of D. Hubbell* by Ralph Earl (Art on Consignment) |
| Brides Basket | New England glass insert, fluted top, pink coloration and decorated with enamel floral design inside. C. 1890 |
| Coffee Pot | Victorian Style, embossed floral design and monogram on the side. c. 1890 |

| Type of Asset | Description |
|---|---|
| Napkin Rings | Japanese reproduction of Victorian napkin rings. c. 1960 |
| Tea Pots | Squat Sterling Silver Tea Pots, ebony handles and finials. La Paglia Designers for International Siver |
| Brides Basket | Glass appears to be from New England Glass Co. Top is fluted with yellow fading and enamel decoration inside. c. 1890 |
| Water Set | Silver tray fitted with 2 silver plate water goblets. Hand Painted porcelain on pitcher by Simpson Hull Miller & Co. fitted with silver plated frame. c. 1887 |
| Fruit Stand or Center Piece | New England fluted top bowl supported by three cherubs on silver plated frame c. 1880 |
| Fruit Stand | Stand with three children supporting bowl with Victorian motif. Glass in perfect Condition. c. 1880 |
| Silver Plate Creamer & Sugar | Made by Brittania Company |
| Furniture | (2) upholstered wing chairs |
| Furniture | (1) leather sofa |
| Furniture | (1) fabric sofa |
| Furniture | (1) small conference table with 6 chairs |
| Furniture | (8) upholstered guest chairs with cherry arms/legs |
| Furniture | (1) large conference table with 8 leather chairs |
| Furniture | (1) cherry secretary's desk with credenza |
| Furniture | (1) cherry wall storage unit |
| Furniture | (4) cherry 8-drawer filing cabinets |
| Furniture | (2) library tables |
| Furniture | (21) small guest chairs |
| Furniture | (11) desks |
| Furniture | (1) executive desk w/2 credenzas |
| Furniture | (10) task chairs |
| Furniture | (5) executive chairs |
| Furniture | (8) cherry 3-drawer, 3-shelf book shelves |
| Furniture | (6) cherry 29-inch round coffee tables |

| Type of Asset | | Description |
|---|---|---|
| Furniture | (1) | carved cherry 4 drawer stand |
| Furniture | (5) | 3-section credenzas |
| Furniture | (6) | 2 shelf bookshelves w/doors |
| Furniture | (2) | small office refrigerators |
| Furniture | (2) | microwave ovens |
| Furniture | (1) | Xerox copier – 6 years old |
| Furniture | (2) | Fax Machines |
| Furniture | (24) | metal 5 drawer filing cabinets |
| Furniture | (9) | cubicles with built-ins |
| Furniture | (1) | 9" TV/VCR combination |
| Furniture | (2) | utility carts |
| Furniture | (1) | 2-drawer metals cabinet |
| Furniture | (1) | cherry conference room wall board |
| Furniture | (2) | 2-shelf, 2 –drawer bookshelves |
| Furniture | (9) | 5-shelf bookcases |
| Furniture | (5) | 3-shelf bookcases |
| Furniture | (1) | 2B-shelf bookcase |
| Furniture | (2) | 7-shelf bookcases |
| Furniture | (2) | 6-shelf bookcases |
| Furniture | (1) | 18-shelf bookcase |
| Furniture | (8) | miscellaneous work tables |
| Furniture | (2) | 2-shelf bookcases |
| Furniture | (3) | miscellaneous side/coffee tables |
| Furniture | (1) | 5-shelf metal utility unit |

A - 66

| Type of Asset | Qty | Description |
|---|---|---|
| Furniture | (1) | 3-shelf metals unit |
| Furniture | (8) | 6-shelf metal bookshelves |
| Furniture | (1) | 6 foot folding table |

32

## Schedule I

[List of Senior Lenders]

WP3:803095.1                                                              61683.1001

Schedule I

## Indebtedness Owed as of 12/16/02 on Revolving Credit, Term Loan A, Term Loan B

| | (1) TLB | (2) TLA | (3) Revolver Clean Advances | (4) Letter of Credit | SUM (1-4) Total |
|---|---|---|---|---|---|
| AERIES FINANCE II | 1,009,405.65 | | | | 1,009,405.65 |
| AG CAPITAL FUNDING PARTNERS L | 4,396,863.71 | | | | 4,396,863.71 |
| ARCHIMEDES FUNDING II | 4,309,947.37 | | | | 4,309,947.37 |
| ARCHIMEDES FUNDING IV (CAYMAN | 4,288,343.82 | | | | 4,288,343.82 |
| ARES IV CLO LTD. | 5,113,609.01 | | | | 5,113,609.01 |
| ARES LEV INVEST FUND II, LP | 3,409,072.69 | | | | 3,409,072.69 |
| AVALON CAPITAL LTD. 2 | 3,208,217.07 | | | | 3,208,217.07 |
| BLACK DIAMOND CLO 2000 I LTD | 10,894,056.91 | | | | 10,894,056.91 |
| CERES II FINANCE LTD | 5,371,271.82 | | | | 5,371,271.82 |
| CHARTER VIEW PORTFOLIO | 2,660,214.77 | | | | 2,660,214.77 |
| ENDURANCE CLO I LTD | 2,136,611.39 | | | | 2,136,611.39 |
| GSC RECOVERY II LP | 5,797,691.44 | | | | 5,797,691.44 |
| GSC RECOVERY IIA LP | 4,639,473.19 | | | | 4,639,473.19 |
| K2H-NG-2 LLC | 7,485,639.85 | | | | 7,485,639.85 |
| K2H-NG-3 LLC | 1,069,405.68 | | | | 1,069,405.68 |
| LASALLE BANK NA | 5,355,069.25 | 4,737,341.30 | 5,162,582.82 | $718,846.24 | 15,974,239.63 |
| MASSACHUSETTS MUTUAL LIFE INS | 849,623.59 | | | | 849,623.59 |
| MORGAN STANLEY DW PRIME INCOME | 7,336,421.76 | | | | 7,336,421.76 |
| NEMEAN CLO LTD | 5,347,028.46 | | | | 5,347,028.46 |
| NORTHWOODS CAPITAL III LTD | 4,296,118.37 | | | | 4,296,118.37 |
| NORTHWOODS CAPITAL, LIMITED | 4,277,622.78 | | | | 4,277,622.78 |
| NORTHWOODS CAPITAL II, LIMITE | 4,277,622.78 | | | | 4,277,622.78 |
| OASIS COLLATERALIZED HIP I LTD | 1,069,405.68 | | | | 1,069,405.68 |
| ORIX FINANCE CORP I | 4,277,622.78 | | | | 4,277,622.78 |
| ING PRIME RATE | 5,347,028.46 | | | | 5,347,028.46 |
| SEQUILS-ING I HBDGM | 3,208,217.07 | | | | 3,208,217.07 |
| SILVER OAK CAPITAL, LLC | 38,707,082.45 | | | | 38,707,082.45 |
| SUPPLEMENT CLO, LIMITED | 5,057,047.64 | | | | 5,057,047.64 |
| THIRD AVENUE TRUST | 5,366,123.68 | | | | 5,366,123.68 |
| Bank One, N.A. | | 5,666,526.71 | 6,217,784.30 | $362,375.49 | 12,765,686.50 |
| GE Capital CFE Inc. | | 3,790,353.08 | 4,130,066.27 | $574,616.99 | 8,495,536.34 |
| Huntington National Bank | | 4,737,041.39 | 5,162,582.82 | $720,185.69 | 10,620,710.60 |
| National City Bank | | 3,760,353.09 | 4,130,068.26 | $574,916.99 | 8,465,338.34 |
| Transamerica Business | | 9,475,685.78 | 10,325,155.63 | $1,437,202.49 | 21,238,340.90 |
| **TOTAL** | **150,477,839.00** | **37,216,001.43** | **35,120,246.10** | **4,888,374.90** | **232,712,443.42** |

Indebtedness Owed as of 12/16/02 on Term Loan C

| LENDER | COMMITMENT AMOUNT | % OF COMMITMENT | TOTAL INTEREST DUE | Principal and Interest |
|---|---|---|---|---|
| DLJ DIVERSIFIED PARTNERS LP | 552,000.00 | 0.0368000000 | 265,737.51 | 817,737.51 |
| DLJ DIVERSIFIED PARTNERS -A LP | 205,000.00 | 0.0136666667 | 98,668.75 | 303,668.75 |
| DLJ EAB PARTNERS LP | 42,000.00 | 0.0028000000 | 20,219.16 | 62,219.16 |
| DLJ ESC II LP | 1,035,000.00 | 0.0690000000 | 498,257.84 | 1,533,257.84 |
| DLJ MERCHANT BANKING PARTNERS II LF | 376,000.00 | 0.0250666667 | 181,009.61 | 557,009.61 |
| DLJ MERCHANT BANKING PARTNERS II A | 9,449,000.00 | 0.6299333333 | 4,548,829.28 | 13,997,829.28 |
| DLJ MILLENIUM PARTNERS-A LP | 30,000.00 | 0.0020000000 | 14,442.26 | 44,442.26 |
| DLJ MILLENIUM PARTNERS LP | 153,000.00 | 0.0102000000 | 73,655.51 | 226,655.51 |
| DLJ OFFSHORE PARTNERS II CV | 465,000.00 | 0.0310000000 | 223,854.97 | 688,854.97 |
| MBP II PLAN INVESTORS LP | 2,893,000.00 | 0.1795333333 | 1,298,433.19 | 3,999,433.19 |
| TOTALS: | 15,000,000.00 | 1.0000000000 | 7,221,128.08 | 22,221,128.08 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ----------------------------------------------------x | |
|                        : | **Chapter 11** |
| **In re**                       : | |
|                        : | **Case No. 02-13672 (KJC)** |
| **INSILCO TECHNOLOGIES, INC., et al.,**[1] : | |
|                        : | **(Jointly Administered)** |
|                **Debtors.**  : | |
|                        : | |
| ----------------------------------------------------x | |

## AMENDED JOINT LIQUIDATING PLAN PURSUANT TO
## CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

SHEARMAN & STERLING LLP
Constance A. Fratianni
Scott C. Shelley
Susan A. Fennessey
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

    – and –

YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Pauline K. Morgan (Del. 3650)
Maureen D. Luke (Del. 3062)
Sharon M. Zieg (Del. 4196)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

Co-Counsel for the Debtors and Debtors in Possession

Dated: February 13, 2004

---

[1]   The other debtors in these jointly administered chapter 11 proceedings are Insilco Holding Co., InNet Technologies, Inc., Insilco International Holdings, Inc., Precision Cable Mfg. Corporation, Eyelets for Industry, Inc., EFI Metal Forming, Inc., Stewart Stamping Corporation, Stewart Connector Systems, Inc., Signal Caribe, Inc. and Signal Transformer Co., Inc.

ii

## TABLE OF CONTENTS

Page

ARTICLE I DEFINED TERMS, RULES OF INTERPRETATION, COMPUTATION OF TIME
AND GOVERNING LAW ......................................................................................................1

Section 1.1. Rules of Interpretation, Computation of Time and Governing Law ......................... 1
Section 1.2. Defined Terms ........................................................................................................... 1

ARTICLE II SUBSTANTIVE CONSOLIDATION OF DEBTORS; CANCELLATION OF
INTERCOMPANY CLAIMS..................................................................................................11

Section 2.1. Substantive Consolidation ...................................................................................... 11
Section 2.2. Cancellation of Intercompany Claims...................................................................... 11

ARTICLE III ADMINISTRATIVE CLAIMS AND PROFESSIONAL FEES ...........................12

Section 3.1. Introduction.............................................................................................................. 12
Section 3.2. Administrative Claims .............................................................................................. 12
Section 3.3. Statutory Fees .......................................................................................................... 13
Section 3.4. Professional Fees ..................................................................................................... 13

ARTICLE IV CLASSIFICATION AND TREATMENT OF CLASSIFIED CLAIMS AND EQUITY
INTERESTS............................................................................................................................14

Section 4.1. Summary.................................................................................................................. 14
Section 4.2. Class 1 – Senior Lenders' Claims ........................................................................... 14
Section 4.3. Class 2 – Other Secured Claims .............................................................................. 15
Section 4.4. Class 3 – Priority Claims ......................................................................................... 15
Section 4.5. Class 4 – General Unsecured Claims ....................................................................... 16
Section 4.6. Class 5 – Senior Discount Notes ............................................................................. 16
Section 4.7. Class 6 – Senior Subordinated Notes ...................................................................... 17
Section 4.8. Class 7 – Term-C Loan Claims ............................................................................... 17
Section 4.9. Class 8 – Equity Interests ........................................................................................ 18

ARTICLE V ACCEPTANCE OR REJECTION OF PLAN .........................................................18

Section 5.1. Voting Classes ......................................................................................................... 18
Section 5.2. Acceptance by Class of Creditors and Holders of Interests..................................... 18
Section 5.3. Cramdown................................................................................................................ 18

ARTICLE VI EFFECT OF CONFIRMATION ...........................................................................19

Section 6.1. Vesting of Assets in the Creditor Trust ................................................................... 19
Section 6.2. Authority to Effectuate Plan .................................................................................... 19
Section 6.3. Dismissal of Officers and Directors and Dissolution of the Debtors and Board ...... 20
Section 6.4. Status Reports .......................................................................................................... 20
Section 6.5. Escrows.................................................................................................................... 20
Section 6.6. Binding Effect .......................................................................................................... 20
Section 6.7. Corporate Action ..................................................................................................... 20
Section 6.8. Amendment of Final Cash Collateral Order ............................................................ 20
Section 6.9. Dissolution of Creditors' Committee; Plan Oversight Committee ........................... 21
Section 6.10. Late Claims ............................................................................................................ 21

ARTICLE VII IMPLEMENTATION OF THIS PLAN .................................................................21

Section 7.1. Funding of Plan ....................................................................................................... 21
Section 7.2. Creation of the Creditor Trust ................................................................................. 22

NY DOC S03/672357.16

Section 7.3. The Trustees .................................................................................................. 22

**ARTICLE VIII RIGHTS OF ACTION** ................................................................................ **24**

Section 8.1. Maintenance of Rights of Action ................................................................... 24
Section 8.2. Preservation of All Rights of Action Not Expressly Settled or Released ...... 24

**ARTICLE IX PROVISIONS REGARDING DISTRIBUTIONS** ............................................... **25**

Section 9.1. Distribution to Creditors ............................................................................... 25
Section 9.2. Claims Allowed as of the Effective Date ........................................................ 25
Section 9.3. Unsecured Disputed Claims Reserve ............................................................. 26
Section 9.4. Time and Manner of Payments ....................................................................... 26
Section 9.5. Delivery of Distributions ............................................................................... 26
Section 9.6. Undeliverable Distributions ........................................................................... 26
Section 9.7. Compliance with Tax Requirements/Allocation ............................................. 27
Section 9.8. Time Bar to Cash Payments ............................................................................ 27
Section 9.9. Fractional Dollars, De Minimis Distributions ................................................ 27
Section 9.10. Set-Offs ......................................................................................................... 28

**ARTICLE X PROCEDURES FOR RESOLVING DISPUTED CLAIMS** ................................... **28**

Section 10.1. Prosecution of Objections to Claims ............................................................ 28
Section 10.2. Estimation of Claims .................................................................................... 28
Section 10.3. Cumulative Remedies .................................................................................... 29
Section 10.4. Allowance of Claims and Interests ............................................................... 29

**ARTICLE XI EXECUTORY CONTRACTS AND UNEXPIRED LEASES** .............................. **29**

Section 11.1. Rejection of Executory Contracts and Unexpired Leases ............................. 29
Section 11.2. Rejection Damage Claims .............................................................................. 30

**ARTICLE XII CONDITIONS PRECEDENT TO CONFIRMATION AND EFFECTIVE DATE OF
THIS PLAN** ....................................................................................................................... **30**

Section 12.1. Conditions Precedent to Confirmation Date of this Plan ............................. 30
Section 12.2. Conditions Precedent to Effective Date of this Plan .................................... 30
Section 12.3. Waiver of Conditions Precedent .................................................................... 30

**ARTICLE XIII RETENTION OF JURISDICTION** ............................................................... **31**

Section 13.1. Retention of Jurisdiction ............................................................................... 31

**ARTICLE XIV MISCELLANEOUS PROVISIONS** ................................................................ **32**

Section 14.1. Title to Assets ............................................................................................... 32
Section 14.2. Releases of All Liens .................................................................................... 32
Section 14.3. Modification of Plan ..................................................................................... 32
Section 14.4. Revocation or Withdrawal ............................................................................ 33
Section 14.5. Injunction ...................................................................................................... 33
Section 14.6. Discharge ...................................................................................................... 33
Section 14.7. Indemnification ............................................................................................. 33
Section 14.8. Term of Existing Injunctions or Stays ......................................................... 34
Section 14.9. Releases ........................................................................................................ 34
Section 14.10. Exculpation and Limitation of Liability ...................................................... 35
Section 14.11. Cancellation of Notes, Instruments, Debentures and Equity Securities ...... 36
Section 14.12. Post-Effective Date Fees and Expenses ...................................................... 36
Section 14.13. Section 1146 Exception ............................................................................... 36
Section 14.14. Severability .................................................................................................. 36

iv

Section 14.15. Recognition ........................................................................................36
Section 14.16. Governing Law ....................................................................................36
Section 14.17. Notices ...............................................................................................37
Section 14.18. Closing of Cases .................................................................................38
Section 14.19. Section Headings ................................................................................38
Section 14.20. Primacy of Asset Reallocation and Settlement Agreement .................38
Section 14.21. Continuing Viability of Other Orders/Agreements ..............................38
Section 14.22. Administration of Wind Down Budget .................................................39

NYDOCS03:672357.16

WP3.973424.1          61683.1001

The above-captioned debtors and debtors in possession respectfully propose the following Amended Joint Liquidating Plan (this "Plan") pursuant to chapter 11, title 11 of the United States Code, 11 U.S.C. §§ 101-1330.

## ARTICLE I
## DEFINED TERMS, RULES OF INTERPRETATION,
## COMPUTATION OF TIME AND GOVERNING LAW

Section 1.1. *Rules of Interpretation, Computation of Time and Governing Law*

(a)    For purposes of this Plan: (a) whenever from the context it is appropriate, each term, whether stated in the singular or the plural, shall include both the singular and the plural, and each pronoun, whether stated in the masculine, feminine or neuter gender, shall include the masculine, feminine and the neuter gender; (b) any reference in this Plan to a contract, instrument, release, indenture or other agreement or document being in a particular form or on particular terms and conditions means that such document shall be substantially in such form or substantially on such terms and conditions; (c) any reference in this Plan to an existing document or exhibit filed, or to be filed, shall mean such document or exhibit, as it may have been or may be amended, modified or supplemented; (d) captions and headings to articles and sections are inserted for convenience of reference only and are not intended to be a part of or to affect the interpretation of this Plan; (e) the rules of construction set forth in section 102 of the Bankruptcy Code shall apply; and (f) any term used in capitalized form in this Plan that is not defined herein but that is used in the Bankruptcy Code or the Bankruptcy Rules shall have the meaning assigned to such term in the Bankruptcy Code or the Bankruptcy Rules, as the case may be.

(b)    In computing any period of time prescribed or allowed by this Plan, the provisions of Bankruptcy Rule 9006(a) shall apply.

(c)    Except to the extent that the Bankruptcy Code or the Bankruptcy Rules are applicable, and subject to the provisions of any contract, instrument, release, indenture or other agreement or document entered into in connection with this Plan, the rights and obligations arising under this Plan shall be governed by, and construed and enforced in accordance with, the laws of the State of New York.

Section 1.2. *Defined Terms*

(a)    As used in this Plan, the following terms have the respective meanings specified below, which meanings are equally applicable to both the singular and plural forms of the terms defined:

Administrative Claim: Any Claim constituting a cost or expense of administration of the Chapter 11 Cases asserted under sections 503(b) and 507(a)(1) of the Bankruptcy Code, including, without limitation, any actual and necessary costs and expenses of preserving the estates of the Debtors, any actual and necessary costs and expenses of operating the businesses of the Debtors in Possession, any indebtedness or obligations incurred or assumed by the Debtors in Possession in connection with the administration and implementation of this Plan, any Claims for compensation and reimbursement of expenses arising during the period from and after the Petition Date and to the Confirmation Date or otherwise in accordance with the provisions of this Plan, any fees or charges assessed against the Debtors' estates pursuant to 28 U.S.C. § 1930 or as determined by the Bankruptcy Court to be an Administrative Claim in a Final Order.

Administrative Claims Reserve Fund: Such amount of Cash, constituting proceeds of Excluded Assets, which are allocable to Administrative Claims under the Asset Reallocation and Settlement