May-07-03   12:56   From-ARES MANAGEMENT          310-201-4171      T-258   P 002/002   F-384

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _Seth J. Brufsky_
Name:    SETH J. BRUFSKY
Title:    VICE PRESIDENT

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _Seth J. Brufsky_
Name:
Title:    SETH J. BRUFSKY
         VICE PRESIDENT

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

A - 326

29

Name:                          Name:
Title:                         Title:

ARES IV CLO LTD.               SUFFIELD CLO, LIMITED

By:                            By: *Elizabeth Perwick*
Name:                          Name: ELIZABETH Perwick
Title:                         Title: MANAGING DIRECTOR

MASSACHUSETTS MUTUAL LIFE      MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY             INCOME TRUST

By: *STEVEN K KATZ*            By:
Name:   SECOND VICE PRESIDENT AND    Name:
Title:  ASSOCIATE GENERAL COUNSEL    Title:

GSC RECOVERY II, L.P.          GSC RECOVERY IIA, L.P.

By:                            By:
Name:                          Name:
Title:                         Title:

THIRD AVENUE TRUST             ORIX FINANCE CORP. I

By:                            By:
Name:                          Name:
Title:                         Title:

GE CAPITAL CFE, INC.           NATIONAL CITY BANK

By:                            By:
Name:                          Name:
Title:                         Title:

TRANSAMERICA BUSINESS CREDIT   THE HUNTINGTON NATIONAL BANK
CORPORATION

By:                            By:

MAY 09 2003 10:13 FR MSDW PRIME INCOME TR12 762 7020 TO 913127321775    P.02/02

28

| SILVER OAK CAPITAL, L.L.C. | ING PRIME RATE TRUST |
|---|---|
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |
| BLACK DIAMOND CLO 2000-1 LTD. | ARES LEVERAGED INVESTMENT FUND II, L.P. |
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |
| ARES IV CLO LTD. | SUFFIELD CLO, LIMITED |
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | MORGAN STANLEY PRIME INCOME TRUST |
| By: _____<br>Name:<br>Title: | By: _____<br>Name: Sheila A. Finnerty<br>Title: Executive Director |
| GSC RECOVERY II, L.P. | GSC RECOVERY IIA, L.P. |
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |
| THIRD AVENUE TRUST | ORIX FINANCE CORP. I |
| By: _____<br>Name:<br>Title: | By: _____<br>Name:<br>Title: |

** TOTAL PAGE.02 **

A - 328

05/09/2003 13:19 FAX 973 437 1037    GSC PARTNERS    ☒002
05/09/2003 10:34 FAX 212 888 0184    GSC PARTNERS    ☒002

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

A - 329

28

| SILVER OAK CAPITAL, L.L.C. | ING PRIME RATE TRUST |
|---|---|

By: _____
Name:
Title:

By: _____
Name:
Title:

| BLACK DIAMOND CLO 2000-1 LTD. | ARES LEVERAGED INVESTMENT FUND II, L.P. |
|---|---|

By: _____
Name:
Title:

By: _____
Name:
Title:

| ARES IV CLO LTD. | SUFFIELD CLO, LIMITED |
|---|---|

By: _____
Name:
Title:

By: _____
Name:
Title:

| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | MORGAN STANLEY DEAN WITTER PRIME INCOME TRUST |
|---|---|

By: _____
Name:
Title:

By: _____
Name:
Title:

| GSC RECOVERY II, L.P. | GSC RECOVERY IIA, L.P. |
|---|---|

By: _____
Name:
Title:

By: _____
Name:
Title:

| THIRD AVENUE TRUST | ORIX FINANCE CORP. I |
|---|---|

By: _~~signature~~_
Name:
Title:

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _*EH Omm*_
Name:   Sheppard H.C. Davis, Jr.
Title:   Authorized Representative

MAY 12 2003 13:01 FR GE CAPITAL          203 602 9241 TO 913127321775     P.02/02

29

GE CAPITAL CFE, INC.
Joseph Badini
Duly Authorized Signatory

By:
Name:   Joseph BADINI
Title:  Vice President

TRANSAMERICA BUSINESS CREDIT
CORPORATION

By:
Name:
Title:

BANK ONE N.A.

By:
Name:
Title:

NATIONAL CITY BANK

By:
Name:
Title:

THE HUNTINGTON NATIONAL BANK

By:
Name:
Title:

LASALLE BANK NATIONAL ASSOCIATION

By:
Name:
Title:

** TOTAL PAGE.02 **

A - 332

29

Name:                                        Name:
Title:                                       Title:

ARES IV CLO LTD.                             SUFFIELD CLO, LIMITED


By:                                          By:
Name:                                        Name:
Title:                                       Title:

MASSACHUSETTS MUTUAL LIFE                    MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                            INCOME TRUST


By:                                          By:
Name:                                        Name:
Title:                                       Title:

GSC RECOVERY II, L.P.                        GSC RECOVERY IIA, L.P.


By:                                          By:
Name:                                        Name:
Title:                                       Title:

THIRD AVENUE TRUST                           ORIX FINANCE CORP. I


By:                                          By:
Name:                                        Name:
Title:                                       Title:

GE CAPITAL CFE, INC.                         NATIONAL CITY BANK


By:                                          By:
Name:                                        Name: Thomas J. Peoples
Title:                                       Title: Vice Pres.

TRANSAMERICA BUSINESS CREDIT                 THE HUNTINGTON NATIONAL BANK
CORPORATION

By:                                          By:

MAY 09 2003 10:22 FR TRANSAMERICA          TO 13127321775    P.02/02

29

TRANSAMERICA BUSINESS CAPITAL          THE HUNTINGTON NATIONAL BANK
CORPORATION

By:                                     By:
Name:   Stephen X. Goelschius          Name:
Title:  Senior Vice President          Title:

BANK ONE N.A.                           LASALLE BANK NATIONAL ASSOCIATION

By:                                     By:
Name:                                   Name:
Title:                                  Title:

** TOTAL PAGE.02 **

29

GE CAPITAL CFE, INC.

By: _____
Name:
Title:

TRANSAMERICA BUSINESS CREDIT
CORPORATION

By: _____
Name:
Title:

BANK ONE, N.A.

By: _____
Name:
Title:

NATIONAL CITY BANK

By: _____
Name:
Title:

THE HUNTINGTON NATIONAL BANK

By: _____
Name:    David F. Isler
Title:    Senior Vice President

LASALLE BANK NATIONAL ASSOCIATION

By: _____
Name:
Title:

29

GE CAPITAL CFE, INC.

NATIONAL CITY BANK

By: _____
Name:
Title:

By: _____
Name:
Title:

TRANSAMERICA BUSINESS CREDIT
CORPORATION

THE HUNTINGTON NATIONAL BANK

By: _____
Name:
Title:

By: _____
Name:
Title:

BANK ONE N.A.

LASALLE BANK NATIONAL ASSOCIATION

By: _____
Name:   *KEVIN CHRISTENSEN*
Title:    *1ST VP*

By: _____
Name:
Title:

29

GE CAPITAL CFE, INC.                    NATIONAL CITY BANK

By:                                     By:
Name:                                   Name:
Title:                                  Title:

TRANSAMERICA BUSINESS CREDIT            THE HUNTINGTON NATIONAL BANK
CORPORATION

By:                                     By:
Name:                                   Name:
Title:                                  Title:

BANK ONE N.A.                           LASALLE BANK NATIONAL ASSOCIATION

By:                                     By:
Name:                                   Name:
Title:                                  Title:
                                              MARGARET P. HEGER
                                              FIRST VICE PRESIDENT

INSILCO HOLDING CO.

By: _____
Name: Carol 6. Stebbins
Title: President

INNET TECHNOLOGIES, INC.

By: _____
Name: Carol G. Stebbins
Title: President

INSILCO INTERNATIONAL
HOLDINGS, INC.

By: _____
Name: Carol 6 Stebbins
Title: President

PRECISION CABLE MFG. CORPORATION

By: _____
Name: Carol 6. Stebbins
Title: President

EYELETS FOR INDUSTRY, INC.

By: _____
Name: Carol 6. Stebbins
Title: President

EFI METALFORMING, INC.

By: _____
Name: Carol 6 Stebbins
Title: President

STEWART STAMPING CORPORATION

By: _____
Name: Carol 6. Stebbins
Title: President

STEWART CONNECTOR SYSTEMS, INC.

By: _____
Name: Carol 6. Stebbins
Title: President

SIGNAL CARIBE, INC.

By: _____
Name: Carol 6 Stebbins
Title: President

SIGNAL TRANSFORMER CO., INC.

By: _____
Name: Carol 6 Stebbins
Title: President

## EXHIBIT A

1. Real property owned by one of the Debtors or an affiliate located in Larne, Northern Ireland

2. Real property owned by one of the Debtors located at 134 Wayfound Church Road, Hiddenite, North Carolina

3. Real property owned by one of the Debtors located at 500 E. Wichita #44, McAllen, Texas

4. The following personal property located at the Debtors' Columbus, Ohio office: See attachment

WP3:889095 2

61663.1001

A - 339

### List of Personal Property

All personal property in which the Debtors have an interest located at the Debtors' Dublin, Ohio offices, including the following:

| Type of Asset | Description |
|---|---|
| Painting | *Winter's Blanket* by Eli Bodo |
| Painting | *Late Winter* by Eli Bodo |
| Painting | *Discussing Current Events* by Louis Mueller |
| Painting | *Last Winter* by Ken Davis |
| Painting | *Richardson's Bard* by K. Kold-Fisher |
| Painting | *Biding Time* by William Huyt |
| Painting | *Maine Cove in Winter* by Virginia Webb |
| Painting | *Winter in the Country* by Richard Logsdon |
| Painting | *Marshes at Old Lyme* by Eugene Conion |
| Painting | *Silver Star* by Eugene Conion |
| Painting | *Railroad Bridge* by Eugene Conion |
| Painting | *Last Request* by Earl Mitchell |
| Painting | *N.E. Covered Bridge* by Eugene Conion |
| Painting | *Miss Marple (Docked)* by Jack Garver |
| Painting | *Tobacco Barns* by Eugene Conion |
| Painting | *Red Barn* by Eugene Conion |
| Painting | *Farm Montagne Nr River* by Eugene Conion |
| Painting | *N.E. Ski Resort* by Cecile Johnson |
| Painting | *Back of Anderson's Place* by Eugene Conion |
| Painting | *April Flowers* |
| Painting | *The Hunt* by Heather St. Clair Davis |
| Painting | *River Reflections* by Eugene Conion |
| Painting | *River Reflections* by Eugene Conion |

| Type of Asset | Description |
|---|---|
| Painting | Migrating Geese by Eli Bodo |
| Painting | River Road by Jack Perrin |
| Painting | Carp with Cord by Junkan Kinoshita |
| Painting | Johnson's New England |
| Painting | View of River from Essex by Eugene Conion |
| Painting | Forego by Anthony Alonso |
| Painting | Spring House at Emily's by Peter Poskas |
| Painting | Newfoundland Map |
| Painting | Sir Richard Sutton and the Quorn Hounds by Bromley |
| Painting | Edge of October by Stuart Eldridge |
| Painting | Frozen Canal in Holyoke by Eugene Conion |
| Painting | Canal in Holyoke by Eugene Conion |
| Painting | Railroad Trestle by Eugene Conion |
| Painting | Monroe Grange Building by Eugene Conion |
| Painting | Whetstone Brook by Eugene Conion |
| Painting | Nova Scotia House by Jack Garver |
| Painting | Red Dory by Jack Garver |
| Painting | Boathouse in the Trees by John Neff |
| Painting | Hanging Laundry by John Neff |
| Painting | Old Farm House by Peter Poskas |
| Painting | Birds Over Marsh by Illegible |
| Painting | Fields by Davis Carroll |
| Painting | Vermont Church by Virginia Webb |
| Painting | Calm Morning by Hicken |
| Painting | Carnival Horses |
| Painting | The Tenant House by Claude Enders |
| Painting | Winter Reflection by Claude Enders |

| Type of Asset | Description |
|---|---|
| Painting | *Vinal Haven* by Claude Enders |
| Painting | *At Uncle Bob's* by Claude Enders |
| Painting | *Yacht "Sachem"* by James Mitchell |
| Painting | *Valkyrie III* by James Mitchell |
| Painting | *September Passage* by Gerald McAnn |
| Painting | *Silent Passage* by Gerald McAnn |
| Painting | *Picuris Elder* by Julian Robles |
| Painting | *White House* by Kathleen Kolb-Fisher |
| Painting | *Freight Yards* by Eugene Conion |
| Painting | *Fields* by Stuart Eldredge |
| Painting | *Switching Station Skethe* by Eugene Conion |
| Painting | *Brick Tenements* by Eugene Conion |
| Painting | *Walter's Barn* by Virginia Webb |
| Painting | *Early Evening* by Arthur Jones |
| Painting | *Autumn's Peak* by Eli Bodo |
| Painting | *Winter Morning* by Virginia Webb |
| Painting | *The Yacht Brokers, Essex* by Eugene Conion |
| Painting | *Moored Yacht* by John Neff |
| Painting | *The Regatta* by George Shawe |
| Painting | *Prairie* by Eric Sloane |
| Painting | *Clam Shells* by Elwood Bengert (unaccounted for) |
| Painting | *By the Driveway* by Ken Davis (unaccounted for) |
| Painting | *Winged Kelp* by Marcia Norman (unaccounted for) |
| Painting | *Portrait of D. Hubbell* by Ralph Earl (Art on Consignment) |
| Brides Basket | New England glass insert, fluted top, pink coloration and decorated with enamel floral design inside. C. 1890 |
| Coffee Pot | Victorian Style, embossed floral design and monogram on the side. c. 1890 |

| Type of Asset | Description |
|---|---|
| Napkin Rings | Japanese reproduction of Victorian napkin rings. c. 1960 |
| Tea Pots | Squat Sterling Silver Tea Pots, ebony handles and finials. La Paglia Designers for International Silver |
| Brides Basket | Glass appears to be from New England Glass Co. Top is fluted with yellow fading and enamel decoration inside. c. 1890 |
| Water Set | Silver tray fitted with 2 silver plate water goblets. Hand Painted porcelain on pitcher by Simpson Hall Miller & Co. fitted with silver plated frame. c. 1887 |
| Fruit Stand or Center Piece | New England fluted top bowl supported by three cherubs on silver plated frame. c. 1880 |
| Fruit Stand | Stand with three children supporting bowl with Victorian motif. Glass in perfect Condition. c. 1880 |
| Silver Plate Creamer & Sugar | Made by Brittania Company |
| Furniture | (2)      upholstered wing chairs |
| Furniture | (1)      leather sofa |
| Furniture | (1)      fabric sofa |
| Furniture | (1)      small conference table with 6 chairs |
| Furniture | (8)      upholstered guest chairs with cherry arms/legs |
| Furniture | (1)      large conference table with 8 leather chairs |
| Furniture | (1)      cherry secretary's desk with credenza |
| Furniture | (1)      cherry wall storage unit |
| Furniture | (4)      cherry 8-drawer filing cabinets |
| Furniture | (2)      library tables |
| Furniture | (21)     small guest chairs |
| Furniture | (11)     desks |
| Furniture | (1)      executive desk w/2 credenzas |
| Furniture | (10)     task chairs |
| Furniture | (5)      executive chairs |
| Furniture | (8)      cherry 3-drawer, 3-shelf book shelves |
| Furniture | (6)      cherry 29-inch round coffee tables |

A - 343

| Type of Asset | | Description |
|---|---|---|
| Furniture | (1) | carved cherry 4 drawer stand |
| Furniture | (5) | 3-section credenzas |
| Furniture | (6) | 2 shelf bookshelves w/doors |
| Furniture | (2) | small office refrigerators |
| Furniture | (2) | microwave ovens |
| Furniture | (1) | Xerox copier – 6 years old |
| Furniture | (2) | Fax Machines |
| Furniture | (24) | metal 5 drawer filing cabinets |
| Furniture | (9) | cubicles with built-ins |
| Furniture | (1) | 9" TV/VCR combination |
| Furniture | (2) | utility carts |
| Furniture | (1) | 2-drawer metals cabinet |
| Furniture | (1) | cherry conference room wall board |
| Furniture | (2) | 2-shelf, 2 –drawer bookshelves |
| Furniture | (9) | 5-shelf bookcases |
| Furniture | (5) | 3-shelf bookcases |
| Furniture | (1) | 28-shelf bookcase |
| Furniture | (2) | 7-shelf bookcases |
| Furniture | (2) | 6-shelf bookcases |
| Furniture | (1) | 18-shelf bookcase |
| Furniture | (8) | miscellaneous work tables |
| Furniture | (2) | 2-shelf bookcases |
| Furniture | (3) | miscellaneous side/coffee tables |
| Furniture | (1) | 5-shelf metal utility unit |

| Type of Asset | Description | |
|---|---|---|
| Furniture | (1) | 3-shelf metals unit |
| Furniture | (8) | 6-shelf metal bookshelves |
| Furniture | (1) | 6 foot folding table |

A - 345

32

Schedule I

[List of Senior Lenders]

Schedule I

Indebtedness Owed as of 12/16/02 on Revolving Credit, Term Loan A, Term Loan B

| | (1) TLB | (2) TLA | (3) Revolver Clean Advances | (4) Letter of Credit | SUM (1-4) Total |
|---|---|---|---|---|---|
| AERIES FINANCE II | 1,059,405.65 | | | | 1,059,405.65 |
| AG CAPITAL FUNDING PARTNERS L | 4,396,663.71 | | | | 4,396,663.71 |
| ARCHIMEDES FUNDING III | 4,308,947.37 | | | | 4,308,947.37 |
| ARCHIMEDES FUNDING IV (CAYMAN | 4,206,343.52 | | | | 4,288,343.52 |
| ARES IV CLO LTD. | 5,113,509.01 | | | | 5,113,509.01 |
| ARES LEVERAGED INVEST FUND II, LP | -3,408,072.05 | | | | 3,409,072.69 |
| AVALON CAPITAL LTD. 2 | 3,208,217.07 | | | | 3,208,217.07 |
| BLACK DIAMOND CLO 2000 I LTD | 10,694,056.91 | | | | 10,694,056.91 |
| CERES II FINANCE LTD | 5,371,271.92 | | | | 5,371,271.92 |
| CHARTER VIEW PORTFOLIO | 2,660,214.77 | | | | 2,660,214.77 |
| ENDURANCE CLO I LTD | 2,136,611.39 | | | | 2,136,611.39 |
| GSC RECOVERY II LP | 5,797,691.44 | | | | 5,797,691.44 |
| GSC RECOVERY IIA LP | 4,639,473.19 | | | | 4,639,473.19 |
| KZH-ING-2 LLC | 7,495,839.05 | | | | 7,495,839.05 |
| KZH-ING-3 LLC | 1,059,405.69 | | | | 1,069,405.69 |
| LASALLE BANK NA | 5,355,069.26 | 4,737,841.39 | 5,102,692.82 | $718,046.24 | 10,974,239.69 |
| MASSACHUSETTS MUTUAL LIFE INS | 849,623.59 | | | | 849,623.59 |
| MORGAN STANLEY DW PRIME INCOME | 7,335,421.76 | | | | 7,335,421.76 |
| NEVIGAN CLO LTD | 5,347,028.46 | | | | 5,347,028.46 |
| NORTHWOODS CAPITAL III LTD | 4,289,118.37 | | | | 4,289,118.37 |
| NORTHWOODS CAPITAL, LIMITED | 4,277,622.76 | | | | 4,277,622.76 |
| NORTHWOODS CAPITAL II, LIMITE | 4,277,622.76 | | | | 4,277,622.76 |
| OASIS COLLATERALIZED HIP I LTD | 1,069,405.69 | | | | 1,069,405.69 |
| ORIX FINANCE CORP I | 4,277,622.78 | | | | 4,277,622.78 |
| ING PRIME RATE | 5,347,028.46 | | | | 5,347,028.46 |
| SEQUILS-ING I HBDGM | 3,208,217.07 | | | | 3,208,217.07 |
| SILVER OAK CAPITAL, LLC | 38,707,882.45 | | | | 38,707,882.45 |
| SUFFIELD CLO, LIMITED | 5,097,047.64 | | | | 5,097,047.64 |
| THIRD AVENUE TRUST | 5,366,123.68 | | | | 5,366,123.68 |
| Bank One, N.A. | 6,685,529.71 | 6,685,529.71 | 8,217,784.30 | $862,375.49 | 12,765,689.50 |
| GE Capital CFE Inc. | 3,790,353.03 | 3,790,353.03 | 4,130,056.27 | $574,916.99 | 8,485,336.34 |
| Huntington National Bank | 4,737,841.39 | 4,737,841.39 | 5,102,592.82 | $720,185.69 | 10,520,710.90 |
| National City Bank | 3,780,353.09 | 3,780,353.09 | 4,130,066.26 | $574,916.99 | 8,495,336.34 |
| Transamerica Business | 9,475,682.76 | 9,475,682.76 | 10,326,185.63 | $1,437,292.45 | 21,239,350.00 |
| TOTAL | 160,477,859.20 | 32,218,001.43 | 35,128,244.10 | 4,898,334.90 | 232,712,443.42 |

A - 347

## Indebtedness Owed as of 12/16/02 on Term Loan C

| LENDER | COMMITMENT AMOUNT | % OF COMMITMENT | TOTAL INTEREST DUE | Principal and interest |
|--------|------------------|-----------------|--------------------|------------------------|
| DLJ DIVERSIFIED PARTNERS LP | 552,000.00 | 0.0368000000 | 265,737.51 | 817,737.51 |
| DLJ DIVERSIFIED PARTNERS -A LP | 205,000.00 | 0.0136666667 | 98,668.75 | 303,668.75 |
| DLJ EAB PARTNERS LP | 42,000.00 | 0.0028000000 | 20,219.16 | 62,219.16 |
| DLJ ESC II LP | 1,035,000.00 | 0.0690000000 | 498,257.84 | 1,533,257.84 |
| DLJ MERCHANT BANKING PARTNERS II LP | 376,000.00 | 0.0250666667 | 181,009.61 | 557,009.61 |
| DLJ MERCHANT BANKING PARTNERS II A | 9,449,000.00 | 0.6299333333 | 4,548,829.28 | 13,997,829.28 |
| DLJ MILLENIUM PARTNERS-A LP | 30,000.00 | 0.0020000000 | 14,442.26 | 44,442.26 |
| DLJ MILLENIUM PARTNERS LP | 153,000.00 | 0.0102000000 | 73,655.51 | 226,655.51 |
| DLJ OFFSHORE PARTNERS II CV | 465,000.00 | 0.0310000000 | 223,854.97 | 688,854.97 |
| MBP II PLAN INVESTORS LP | 2,693,000.00 | 0.1795333333 | 1,296,433.19 | 3,989,433.19 |
| TOTALS: | 15,000,000.00 | 1.0000000000 | 7,221,128.06 | 22,221,128.06 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| INSILCO TECHNOLOGIES, INC., et al.,[1] | ) Case No. 02 – 13672 (KJC) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) RE: Docket No. 1019 |

**TECHNICAL MODIFICATION TO THE DEBTORS'
AMENDED JOINT LIQUIDATING PLAN PURSUANT TO
CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

The above captioned debtors and debtors-in-possession (the "Debtors") hereby

submit the following technical modification to the Debtors' Amended Joint Liquidating Plan

Pursuant to Chapter 11 of the United States Bankruptcy Code dated February 13, 2004 (the

"Plan"):

The definition of "Trust Agreement" in Section 1.2(a) of the Plan (which

specified that the series trust agreement would be filed with the Court no later than five days

before the Debtors' confirmation date) is hereby amended and modified by the deletion of that

definition and the insertion of the following definition in its place:

> Trust Agreement: The series trust agreement that documents the powers,
> duties and responsibilities of the Trustees, which agreement shall be in
> form and substance acceptable to the Creditors' Committee and the Agent
> and filed with the Bankruptcy Court prior to the Effective Date.

---

[1]    The other debtors in these jointly administered chapter 11 proceedings are Insilco Holding Co., InNet
Technologies, Inc., Insilco International Holdings Inc., Precision Cable Mfg. Corporation, Eyelets for Industry, Inc.,
EFI Metal Forming, Inc., Stewart Stamping Corporation, Stewart Connector Systems, Inc., Signal Caribe, Inc., and
Signal Transformer Co., Inc.

WP3:1008487.2

61683.1001    6/9/04
11/6/04

A - 349

Dated: Wilmington, Delaware
   June 1st, 2004

Respectfully Submitted,

INSILCO TECHNOLOGIES, INC.

By: _____
Its: President and General Counsel

INSILCO HOLDING CORPORATION

By: _____
Its: General Counsel

INNET TECHNOLOGIES, INC.

By: _____
Its: General Counsel

INSILCO INTERNATIONAL HOLDINGS, INC.

By: _____
Its: General Counsel

PRECISION CABLE MFG. CORPORATION

By: _____
Its: General Counsel

EYELETS FOR INDUSTRY, INC.

By: _____
Its: General Counsel

EFI METAL FORMING, INC.

By: _____
Its: General Counsel

STEWART STAMPING CORPORATION

By: _____
Its: General Counsel

2

61683.1001

A - 350