MAY-09-2003  17:26

P.03

27

OASIS COLLATERALIZED HIGH
INCOME PORTFOLIO-1, LTD.

NEMEAN CLO, LTD.

By:
Name:
Title:

By:
Name:
Title:

ENDURANCE CLO I, LTD.

ARCHIMEDES FUNDING II, LTD.

By:
Name:
Title:

By:
Name:
Title:

ARCHIMEDES FUNDING IV (CAYMAN),
LTD.

SEQUILS-ING 1 (HBDGM), LTD.

By:
Name:
Title:

By:
Name:
Title:

KZH ING-3 LLC

KZH ING-2 LLC

By:
Name: DORIAN HERRERA
Title: AUTHORIZED AGENT

By:
Name:
Title:

NORTHWOODS CAPITAL II, LIMITED

NORTHWOODS CAPITAL III, LIMITED

By:
Name:
Title:

By:
Name:
Title:

NORTHWOODS CAPITAL, LIMITED

AG CAPITAL FUNDING PARTNERS, L.P.

By:
Name:
Title:

By:
Name:
Title:

TOTAL P.03

A - 476

MAY-08-2003  17:25

27

OASIS COLLATERALIZED HIGH
INCOME PORTFOLIO-1, LTD.

NEMEAN CLO, LTD.

By:
Name:
Title:

By:
Name:
Title:

ENDURANCE CLO I, LTD.

ARCHIMEDES FUNDING II, LTD.

By:
Name:
Title:

By:
Name:
Title:

ARCHIMEDES FUNDING IV (CAYMAN), LTD.

SEQUILS-ING I (HBDGM), LTD.

By:
Name:
Title:

By:
Name:
Title:

KZH ING-3 LLC

KZH ING-2 LLC

By:
Name:
Title:

By:
Name:            DORIAN HERRERA
Title:            AUTHORIZED AGENT

NORTHWOODS CAPITAL II, LIMITED

NORTHWOODS CAPITAL III, LIMITED

By:
Name:
Title:

By:
Name:
Title:

NORTHWOODS CAPITAL, LIMITED

AG CAPITAL FUNDING PARTNERS, L.P.

By:
Name:
Title:

By:
Name:
Title:

A - 477

MAY. 9.2003  11:48AM     ANGELO, GORDON & CO.                    NO.463    P.1/2

27

**OASIS COLLATERALIZED HIGH INCOME PORTFOLIO-1, LTD.**

By: _____
Name:
Title:

**ENDURANCE CLO I, LTD.**

By: _____
Name:
Title:

**ARCHIMEDES FUNDING IV (CAYMAN), LTD.**

By: _____
Name:
Title:

**KZH ING-3 LLC**

By: _____
Name:
Title:

**NORTHWOODS CAPITAL II, LIMITED**

By: ~~John W. Fraser~~
Name:
Title:      JOHN W. FRASER
            MANAGING DIRECTOR

**NORTHWOODS CAPITAL, LIMITED**

By: ~~John W. Fraser~~
Name:
Title:      JOHN W. FRASER
            MANAGING DIRECTOR

**NEMEAN CLO, LTD.**

By: _____
Name:
Title:

**ARCHIMEDES FUNDING II, LTD.**

By: _____
Name:
Title:

**SEQUILS-ING I (HBDGM), LTD.**

By: _____
Name:
Title:

**KZH ING-2 LLC**

By: _____
Name:
Title:

**NORTHWOODS CAPITAL III, LIMITED**

By: ~~John W. Fraser~~
Name:
Title:      JOHN W. FRASER
            MANAGING DIRECTOR

**AG CAPITAL FUNDING PARTNERS, L.P.**

By: ~~John W. Fraser~~
Name:
Title:      JOHN W. FRASER
            MANAGING DIRECTOR

A - 478

28

**SILVER OAK CAPITAL, L.L.C.**

By:
Name:
Title:

**BLACK DIAMOND CLO 2000-1 LTD.**

By:
Name:
Title:

**ARES IV CLO LTD.**

By:
Name:
Title:

**MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY**

By:
Name:
Title:

**GSC RECOVERY II, L.P.**

By:
Name:
Title:

**THIRD AVENUE TRUST**

By:
Name:
Title:

**ING PRIME RATE TRUST**

By:
Name:
Title:

**ARES LEVERAGED INVESTMENT FUND II,
L.P.**

By:
Name:
Title:

**SUFFIELD CLO, LIMITED**

By:
Name:
Title:

**MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST**

By:
Name:
Title:

**GSC RECOVERY IIA, L.P.**

By:
Name:
Title:

**ORIX FINANCE CORP. I**

By:
Name:
Title:

05/07/2003 13:24 FAX 480 477 2039          ING Pilgrim Fund Acctg                    ☐001

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _~signature~_
Name:
Title:      Ralph E. Butler
            Vice President

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

May. 9. 2005  2:35PM    Black Diamond Capital                      No 6483   P. 2

28

SILVER OAK CAPITAL, L.L.C.                ING PRIME RATE TRUST

By: _____              By: _____
Name:                                      Name:
Title:                                     Title:

BLACK DIAMOND CLO 2000-1 LTD.             ARES LEVERAGED INVESTMENT FUND II, L.P.

By: _Alali_____               By: _____
Name:  Alan Corkish                        Name:
Title:  Director                           Title:

ARES IV CLO LTD.                          SUFFIELD CLO, LIMITED

By: _____              By: _____
Name:                                      Name:
Title:                                     Title:

MASSACHUSETTS MUTUAL LIFE                 MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                         INCOME TRUST

By: _____              By: _____
Name:                                      Name:
Title:                                     Title:

GSC RECOVERY II, L.P.                     GSC RECOVERY IIA, L.P.

By: _____              By: _____
Name:                                      Name:
Title:                                     Title:

THIRD AVENUE TRUST                        ORIX FINANCE CORP. I

By: _____              By: _____
Name:                                      Name:
Title:                                     Title:

Mar-07-03   12:56   From-ARES MANAGEMENT                  310-201-4171      T-283  P.092/092  F-364

28

SILVER OAK CAPITAL, L.L.C.            ING PRIME RATE TRUST

By: _____                 By: _____
Name:                                Name:
Title:                               Title:

BLACK DIAMOND CLO 2000-1 LTD.        ARES LEVERAGED INVESTMENT FUND II,
                                     L.P.

By: _____                 By: _____
Name:                                Name:
Title:                               Title:   SETH J. BRUFSKY
                                              VICE PRESIDENT

ARES IV CLO LTD.                     SUFFIELD CLO, LIMITED

By: _____                 By: _____
Name:                                Name:
Title:   SETH J. BRUFSKY             Title:
         VICE PRESIDENT

MASSACHUSETTS MUTUAL LIFE            MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                    INCOME TRUST

By: _____                 By: _____
Name:                                Name:
Title:                               Title:

GSC RECOVERY II, L.P.                GSC RECOVERY IIA, L.P.

By: _____                 By: _____
Name:                                Name:
Title:                               Title:

THIRD AVENUE TRUST                   ORIX FINANCE CORP. I

By: _____                 By: _____
Name:                                Name:
Title:                               Title:

MAY-07-2003  11:52     MaxxMut: DLBobson RE Law        413 226 1879   P.82/82

29

| | |
|---|---|
| Name: | Name: |
| Title: | Title: |

**ARES IV CLO LTD.**                    **SUFFIELD CLO, LIMITED**

By: _____                    By: _Elizabeth A Perwick_
Name:                                  Name: _ELIZABETH PERWICK_
Title:                                 Title: _MANAGING DIRECTOR_

**MASSACHUSETTS MUTUAL LIFE**          **MORGAN STANLEY DEAN WITTER PRIME**
**INSURANCE COMPANY**                  **INCOME TRUST**

By: _STEVEN H KATZ_                    By: _____
Name:  SECOND VICE PRESIDENT AND       Name:
Title: ASSISTANT GENERAL COUNSEL.      Title:

**GSC RECOVERY II, L.P.**              **GSC RECOVERY IIA, L.P.**

By: _____                    By: _____
Name:                                  Name:
Title:                                 Title:

**THIRD AVENUE TRUST**                 **ORIX FINANCE CORP. I**

By: _____                    By: _____
Name:                                  Name:
Title:                                 Title:

**GE CAPITAL CFE, INC.**               **NATIONAL CITY BANK**

By: _____                    By: _____
Name:                                  Name:
Title:                                 Title:

**TRANSAMERICA BUSINESS CREDIT**       **THE HUNTINGTON NATIONAL BANK**
**CORPORATION**

By: _____                    By: _____

TOTAL P.82

MAY 08 2003 19:13 FR MSDW PRIME INCOME TR12 762 7428 TO 913127321775    P.02/02

28

| | |
|---|---|
| **SILVER OAK CAPITAL, L.L.C.** | **ING PRIME RATE TRUST** |
| By: _____ Name: Title: | By: _____ Name: Title: |
| **BLACK DIAMOND CLO 2000-1 LTD.** | **ARES LEVERAGED INVESTMENT FUND II, L.P.** |
| By: _____ Name: Title: | By: _____ Name: Title: |
| **ARES IV CLO LTD.** | **SUFFIELD CLO, LIMITED** |
| By: _____ Name: Title: | By: _____ Name: Title: |
| **MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY** | **MORGAN STANLEY PRIME INCOME TRUST** |
| By: _____ Name: Title: | By: _____ Name: Sheila A. Finnerty Title: Executive Director |
| **GSC RECOVERY II, L.P.** | **GSC RECOVERY IIA, L.P.** |
| By: _____ Name: Title: | By: _____ Name: Title: |
| **THIRD AVENUE TRUST** | **ORIX FINANCE CORP. I** |
| By: _____ Name: Title: | By: _____ Name: Title: |

** TOTAL PAGE.02 **

05/09/2003 13:19 FAX 973 437 1037        GSC PARTNERS                    ☒002
05/09/2003 10:34 FAX 212 384 9134        GSC PARTNERS                    ☒002

28

**SILVER OAK CAPITAL, L.L.C.**

By: _____
Name:
Title:

**BLACK DIAMOND CLO 2000-1 LTD.**

By: _____
Name:
Title:

**ARES IV CLO LTD.**

By: _____
Name:
Title:

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**

By: _____
Name:
Title:

**GSC RECOVERY II, L.P.**

By: _____
Name:
Title:

**THIRD AVENUE TRUST**

By: _____
Name:
Title:

**ING PRIME RATE TRUST**

By: _____
Name:
Title:

**ARES LEVERAGED INVESTMENT FUND II, L.P.**

By: _____
Name:
Title:

**SUFFIELD CLO, LIMITED**

By: _____
Name:
Title:

**MORGAN STANLEY DEAN WITTER PRIME INCOME TRUST**

By: _____
Name:
Title:

**GSC RECOVERY IIA, L.P.**

By: _____
Name:
Title:

**ORIX FINANCE CORP. I**

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.

By: _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By: _____
Name:
Title:

ARES IV CLO LTD.

By: _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By: _____
Name:
Title:

GSC RECOVERY II, L.P.

By: _____
Name:
Title:

THIRD AVENUE TRUST

By: _____
Name:
Title:

ING PRIME RATE TRUST

By: _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By: _____
Name:
Title:

SUFFIELD CLO, LIMITED

By: _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By: _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By: _____
Name:
Title:

ORIX FINANCE CORP. I

By: _____
Name:
Title:

28

SILVER OAK CAPITAL, L.L.C.

By:   _____
Name:
Title:

BLACK DIAMOND CLO 2000-1 LTD.

By:   _____
Name:
Title:

ARES IV CLO LTD.

By:   _____
Name:
Title:

MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

By:   _____
Name:
Title:

GSC RECOVERY II, L.P.

By:   _____
Name:
Title:

THIRD AVENUE TRUST

By:   _____
Name:
Title:

ING PRIME RATE TRUST

By:   _____
Name:
Title:

ARES LEVERAGED INVESTMENT FUND II,
L.P.

By:   _____
Name:
Title:

SUFFIELD CLO, LIMITED

By:   _____
Name:
Title:

MORGAN STANLEY DEAN WITTER PRIME
INCOME TRUST

By:   _____
Name:
Title:

GSC RECOVERY IIA, L.P.

By:   _____
Name:
Title:

ORIX FINANCE CORP. I

*S H Onmr*

By:   _____
Name:  Sheppard H.C. Davis, Jr.
Title:  Authorized Representative

MAY 12 2003 13:01 FR GE CAPITAL          203 602 9241 TO 913127321775     P.02/02

29

| GE CAPITAL CFE, INC. | NATIONAL CITY BANK |
|---|---|
| Joseph Badini | |
| Duty Authorized Signatory | |
| By: | By: _____ |
| Name: _Joseph Badini_ | Name: |
| Title: _Vice President_ | Title: |
| **TRANSAMERICA BUSINESS CREDIT CORPORATION** | **THE HUNTINGTON NATIONAL BANK** |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |
| **BANK ONE N.A.** | **LASALLE BANK NATIONAL ASSOCIATION** |
| By: _____ | By: _____ |
| Name: | Name: |
| Title: | Title: |

05/08/03  THU 13:15 FAX 614 463 7414     NATL CITY                    ☑002

29

Name:                              Name:
Title:                             Title:

ARES IV CLO LTD.                   SUFFIELD CLO, LIMITED

By:                                By:
Name:                              Name:
Title:                             Title:

MASSACHUSETTS MUTUAL LIFE          MORGAN STANLEY DEAN WITTER PRIME
INSURANCE COMPANY                  INCOME TRUST

By:                                By:
Name:                              Name:
Title:                             Title:

GSC RECOVERY II, L.P.              GSC RECOVERY IIA, L.P.

By:                                By:
Name:                              Name:
Title:                             Title:

THIRD AVENUE TRUST                 ORIX FINANCE CORP. I

By:                                By:
Name:                              Name:
Title:                             Title:

GE CAPITAL CFE, INC.               NATIONAL CITY BANK

By:                                By:
Name:                              Name: Thomas J. Peoples
Title:                             Title: Vice Pres.

TRANSAMERICA BUSINESS CREDIT       THE HUNTINGTON NATIONAL BANK
CORPORATION

By:                                By:

MAY 08 2003 10:22 FR TRANSAMERICA                TO 13127321775     P.02/02

29

| TRANSAMERICA BUSINESS CAPITAL CORPORATION | THE HUNTINGTON NATIONAL BANK |
|---|---|

By:

Name: Stephen D. Goetschius

Title: Senior Vice President

By: _____

Name: _____

Title: _____

BANK ONE N.A.                          LASALLE BANK NATIONAL ASSOCIATION

By: _____          By: _____

Name: _____          Name: _____

Title: _____          Title: _____

** TOTAL PAGE.02 **

May-07-03   10:25   From-                                          814-480-3058      T-776   P 002/002   F-795

29

GE CAPITAL CFE, INC.                           NATIONAL CITY BANK

By: _____                    By: _____
Name:                                          Name:
Title:                                         Title:

TRANSAMERICA BUSINESS CREDIT                    THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____                    By: _____
Name:                                          Name:   David F. Isley
Title:                                         Title:  Senior Vice President

BANK ONE N.A.                                   LASALLE BANK NATIONAL ASSOCIATION

By: _____                    By: _____
Name:                                          Name:
Title:                                         Title:

A - 491

29

GE CAPITAL CFE, INC.

By:
Name:
Title:

NATIONAL CITY BANK

By:
Name:
Title:

TRANSAMERICA BUSINESS CREDIT
CORPORATION

By:
Name:
Title:

THE HUNTINGTON NATIONAL BANK

By:
Name:
Title:

BANK ONE N.A.

By:
Name:    KEVIN CHRISTENSEN
Title:    IST VP

LASALLE BANK NATIONAL ASSOCIATION

By:
Name:
Title:

May-07-03  03:21pm  From-ABN AMRO                     317 304 0759      T-347  P.072/002  F-819

29

GE CAPITAL CFE, INC.                    NATIONAL CITY BANK

By: _____               By: _____
Name:                                 Name:
Title:                                Title:

TRANSAMERICA BUSINESS CREDIT           THE HUNTINGTON NATIONAL BANK
CORPORATION

By: _____               By: _____
Name:                                 Name:
Title:                                Title:

BANK ONE N.A.                          LASALLE BANK NATIONAL ASSOCIATION

By: _____               By: _____
Name:                                 Name:
Title:                                Title:    MARGARET P. HEGER
                                                 FIRST VICE PRESIDENT

INSILCO HOLDING CO.

By: _____
Name: Carol G. Stebbins
Title: President

INNET TECHNOLOGIES, INC.

By: _____
Name: Carol G. Stebbins
Title: President

INSILCO INTERNATIONAL
HOLDINGS, INC.

By: _____
Name: Carol G. Stebbins
Title: President

PRECISION CABLE MFG. CORPORATION

By: _____
Name: Carol G. Stebbins
Title: President

EYELETS FOR INDUSTRY, INC.

By: _____
Name: Carol G. Stebbins
Title: President

EFI METALFORMING, INC.

By: _____
Name: Carol G. Stebbins
Title: President

STEWART STAMPING CORPORATION

By: _____
Name: Carol G. Stebbins
Title: President

STEWART CONNECTOR SYSTEMS, INC.

By: _____
Name: Carol G. Stebbins
Title: President

SIGNAL CARIBE, INC.

By: _____
Name: Carol G. Stebbins
Title: President

SIGNAL TRANSFORMER CO., INC.

By: _____
Name: Carol G. Stebbins
Title: President

## EXHIBIT A

1. Real property owned by one of the Debtors or an affiliate located in Larne, Northern Ireland

2. Real property owned by one of the Debtors located at 134 Wayfound Church Road, Hiddenite, North Carolina

3. Real property owned by one of the Debtors located at 500 E. Wichita #44, McAllen, Texas

4. The following personal property located at the Debtors' Columbus, Ohio office: See attachment

WPJ:883095.1

61683.1001

### List of Personal Property

All personal property in which the Debtors have an interest located at the Debtors' Dublin, Ohio offices, including the following:

| Type of Asset | Description |
|---|---|
| Painting | *Winter's Blanket* by Eli Bodo |
| Painting | *Late Winter* by Eli Bodo |
| Painting | *Discussing Current Events* by Louis Mueller |
| Painting | *Last Winter* by Ken Davis |
| Painting | *Richardson's Barn* by K. Koid-Fisher |
| Painting | *Biding Time* by William Hoyt |
| Painting | *Maine Cove in Winter* by Virginia Webb |
| Painting | *Winter in the Country* by Richard Logsdon |
| Painting | *Marshes at Old Lyme* by Eugene Conion |
| Painting | *Silver Star* by Eugene Conion |
| Painting | *Railroad Bridge* by Eugene Conion |
| Painting | *Last Request* by Earl Mitchell |
| Painting | *N.E. Covered Bridge* by Eugene Conion |
| Painting | *Miss Marple (Docked)* by Jack Garver |
| Painting | *Tobacco Barns* by Eugene Conion |
| Painting | *Red Barn* by Eugene Conion |
| Painting | *Furm Montagne Nr River* by Eugene Conion |
| Painting | *N.E. Ski Resort* by Cecile Johnson |
| Painting | *Back of Anderson's Place* by Eugene Conion |
| Painting | *April Flowers* |
| Painting | *The Hunt* by Heather St. Clair Davis |
| Painting | *River Reflections* by Eugene Conion |
| Painting | *River Reflections* by Eugene Conion |

| Type of Asset | Description |
|---|---|
| Painting | *Migrating Geese* by Eli Bodo |
| Painting | *River Road* by Jack Perrin |
| Painting | *Carp with Gord* by Junkan Kinoshita |
| Painting | *Johnson's New England* |
| Painting | *View of River from Essex* by Eugene Conion |
| Painting | *Forego* by Anthony Alonso |
| Painting | *Spring House at Emily's* by Peter Poskas |
| Painting | *Newfoundland Map* |
| Painting | *Sir Richard Sutton and the Quorn Hounds* by Bramley |
| Painting | *Edge of October* by Stuart Eldridge |
| Painting | *Frozen Canal in Holyoke* by Eugene Conion |
| Painting | *Canal in Holyoke* by Eugene Conion |
| Painting | *Railroad Trestle* by Eugene Conion |
| Painting | *Monroe Grange Building* by Eugene Conion |
| Painting | *Whetstone Brook* by Eugene Conion |
| Painting | *Nova Scotia House* by Jack Garver |
| Painting | *Red Dory* by Jack Garver |
| Painting | *Boathouse in the Trees* by John Neff |
| Painting | *Hanging Laundry* by John Neff |
| Painting | *Old Farm House* by Peter Poskas |
| Painting | *Birds Over Marsh* by Illegible |
| Painting | *Fields* by Davis Carroll |
| Painting | *Vermont Church* by Virginia Webb |
| Painting | *Calm Morning* by Hicken |
| Painting | *Carnival Horses* |
| Painting | *The Tenant House* by Claude Enders |
| Painting | *Winder Reflection* by Claude Enders |

NYDOCS03/665789.4
WP3:859096.1

2

61593 1002

| Type of Asset | Description |
|---|---|
| Painting | *Vinal Hanen* by Claude Enders |
| Painting | *At Uncle Bob's* by Claude Enders |
| Painting | *Yacht "Sachem"* by James Mitchell |
| Painting | *Valkyrie III* by James Mitchell |
| Painting | *September Passage* by Gerald McAnn |
| Painting | *Silent Passage* by Gerald McAnn |
| Painting | *Ficuris Elder* by Julian Robles |
| Painting | *White House* by Kathleen Kolb-Fisher |
| Painting | *Freight Yards* by Eugene Conion |
| Painting | *Fields* by Stuart Eldredge |
| Painting | *Switching Station Sketha* by Eugene Conion |
| Painting | *Brick Tenements* by Eugene Conlon |
| Painting | *Walter's Barn* by Virginia Webb |
| Painting | *Early Evening* by Arthur Jones |
| Painting | *Autumn's Peak* by Eli Bodo |
| Painting | *Winter Morning* by Virginia Webb |
| Painting | *The Yacht Brokers, Essex* by Eugene Conion |
| Painting | *Moored Yacht* by John Neff |
| Painting | *The Regatta* by George Shawe |
| Painting | *Prairie* by Eric Sloane |
| Painting | *Clam Shells* by Elwood Bengeri (unaccounted for) |
| Painting | *By the Driveway* by Ken Davis (unaccounted for) |
| Painting | *Winged Kelp* by Martin Norman (unaccounted for) |
| Painting | *Portrait of D. Hubbell* by Ralph Earl (Art on Consignment) |
| Brides Basket | New England glass insert, fluted top, pink coloration and decorated with enamel floral design inside. C. 1890 |
| Coffee Pot | Victorian Style, embossed floral design and monogram on the side. c. 1890 |

A - 498

| Type of Asset | Description |
|---|---|
| Napkin Rings | Japanese reproduction of Victorian napkin rings. c. 1960 |
| Tea Pots | Squat Sterling Silver Tea Pots, ebony handles and finials. La Paglia Designers for International Silver |
| Brides Basket | Glass appears to be from New England Glass Co. Top is fluted with yellow fading and enamel decoration inside. c. 1890 |
| Water Set | Silver tray fitted with 2 silver plate water goblets. Hand Painted porcelain on pitcher by Simpson Hall Miller & Co. fitted with silver plated frame. c. 1887 |
| Fruit Stand or Center Piece | New England fluted top bowl supported by three cherubs on silver plated frame c. 1880 |
| Fruit Stand | Stand with three children supporting bowl with Victorian motif. Glass in perfect Condition. c. 1880 |
| Silver Plate Creamer & Sugar | Made by Brittania Company |
| Furniture | (2)  upholstered wing chairs |
| Furniture | (1)  leather sofa |
| Furniture | (1)  fabric sofa |
| Furniture | (1)  small conference table with 6 chairs |
| Furniture | (8)  upholstered guest chairs with cherry arms/legs |
| Furniture | (1)  large conference table with 8 leather chairs |
| Furniture | (1)  cherry secretary's desk with credenza |
| Furniture | (1)  cherry wall storage unit |
| Furniture | (4)  cherry 8-drawer filing cabinets |
| Furniture | (2)  library tables |
| Furniture | (21)  small guest chairs |
| Furniture | (11)  desks |
| Furniture | (1)  executive desk w/2 credenzas |
| Furniture | (10)  task chairs |
| Furniture | (5)  executive chairs |
| Furniture | (8)  cherry 3-drawer, 3-shelf book shelves |
| Furniture | (6)  cherry 29-inch round coffee tables |

A - 499

| Type of Asset | Quantity | Description |
| --- | --- | --- |
| Furniture | (1) | carved cherry 4 drawer stand |
| Furniture | (5) | 3-section credenzas |
| Furniture | (6) | 2 shelf bookshelves w/doors |
| Furniture | (2) | small office refrigerators |
| Furniture | (2) | microwave ovens |
| Furniture | (1) | Xerox copier – 6 years old |
| Furniture | (2) | Fax Machines |
| Furniture | (24) | metal 5 drawer filing cabinets |
| Furniture | (9) | cubicles with built-ins |
| Furniture | (1) | 9" TV/VCR combination |
| Furniture | (2) | utility carts |
| Furniture | (1) | 2-drawer metals cabinet |
| Furniture | (1) | cherry conference room wall board |
| Furniture | (2) | 2-shelf, 2 –drawer bookshelves |
| Furniture | (9) | 5-shelf bookcases |
| Furniture | (5) | 3-shelf bookcases |
| Furniture | (1) | 28-shelf bookcase |
| Furniture | (2) | 7-shelf bookcases |
| Furniture | (2) | 6-shelf bookcases |
| Furniture | (1) | 18-shelf bookcase |
| Furniture | (8) | miscellaneous work tables |
| Furniture | (2) | 2-shelf bookcases |
| Furniture | (3) | miscellaneous side/coffee tables |
| Furniture | (1) | 5-shelf metal utility unit |

A - 500