IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| INSILCO TECHNOLOGIES, INC., *et al.*, | ) | Case No. 02-13672 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust, | ) | Case No. 04-1567 (GMS) |
| | ) | |
| Appellant. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TERM C LENDERS, | ) | |
| | ) | |
| Appellees. | ) | |

### CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that a copy of the following documents were served on July 13, 2005 upon the individuals on the attached service list in the manner indicated:

1. Appellant's Brief (Docket No. 12); and

2. Appendix to Appellant's Brief (Docket No. 13).

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 13, 2005
Wilmington, Delaware

_____
Christopher M. Winter (ID No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901

WLM\209776.1

## Service List

David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
*Via Hand Delivery*

Karen E. Wagner, Esquire
Patricia A. Bradford, Esquire
James I. McClammy, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
*Via First Class Mail*

David P. Primack, Esquire
Drinker, Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
*Via E-mail*

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Via Hand Delivery*

Andrew I. Silfen, Esquire
Michael S. Cryan, Esquire
Arent Fox PLLC
1675 Broadway
New York, NY 10019
*Via E-mail*

WLM\209776.1