## CERTIFICATE OF SERVICE

I, Charlene D. Davis, Esquire, do hereby certify that on the 25th day of July, 2005, I caused a true and correct copy of the **Motion and Order for Admission Pro Hac Vice** to be served upon the parties listed on the attached Rule 2002 Service List via hand delivery to local parties and via First Class United States Mail to all remaining parties thereon.

*/s/ Charlene D. Davis*
Charlene D. Davis (No. 2336)

595490v1

# Insilco Technologies, Inc., et al.

## 2002 Service List

David Buchbinder, Esquire
Office of the United States Trustee
Suite 2313
844 N. King Street
Lock Box 35
Wilmington  DE  19801
*(Counsel for the U.S. Trustee)*

Bruce Buechler, Esquire
Lowenstein Sandler, PC
65 Livingston Avenue
Roseland  NJ  07068
*(Bel Fuse Ltd.)*

Attn: Bill Angelowitz
Daily Insights
Suite 700
225 West 34th Street
JAF Box 3127
New York  NY  10116

Tobey M. Daluz, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
17th Floor
919 N. Market Street
Wilmington  DE  19801
*(Wachovia)*

Andrea Darlington
Department of Revenue
Commonwealth of Pennsylvania
Dept. 28096
Harrisburg  PA  17128-0946

Karen B. Dine, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York  NY  10036
*(Amphenol Corp.)*

Neil P. Forrest, Esquire
Swidler Berlin Shereff & Friedman, LLP
The Chrysler Building
405 Lexington Avenue
New York  NY  10174
*(PRD Holdings, Inc.; Lawrence F. DeGeorge)*

Constance A. Fratianni, Esquire
Scott Shelley, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York  NY  10022
*(Counsel to Debtors)*

Nathan M. Fuchs, Esquire
Securities and Exchange Commission
233 Broadway
New York  NY  10279

Andrew Glassman, Esquire
Pullman & Comley
90 State House Square
Hartford  CT  06103
*(SRDF Acquisition)*

Irve J. Goldman, Esquire
Pullman & Comley, LLC
5th Floor
300 Atlantic Street
Stamford  CT  06901-3522
*(Stampings buyer)*

Kevin Gross, Esquire
Rosenthal Monhait Gross & Goddess, P.A.
Suite 1401, Mellon Bank Centre
919 Market Street
P.O. Box 1070
Wilmington  DE  19899-1070
*(Amphenol Corp.)*

# Insilco Technologies, Inc., et al.

## 2002 Service List

Janet E. Henderson, Esquire
Doug Williams, Esquire
Sidley Austin Brown & Wood
BankOne Plaza
10 South Deerborn Street
Bank One Plaza
Chicago   IL   60603

Richard Hiersteiner, Esquire
Palmer & Dodge
Prudential Center
111 Huntington Avenue
Boston   MA   02199
*(U.S. Bank, N.A)*

Internal Revenue Service
Insolvency Section
Room 1150
31 Hopkins Plaza
Baltimore   MD   21202

IOS Capital
Bankruptcy Administration
1738 Bass Road
P.O. Box 13708
Macon   GA   31208-3708

Donald G. Kilpatrick, Esquire
Pillsbury Winthrop LLP
1540 Broadway
New York   NY   10036
*(Amphenol Corporation)*

Nancy Kippenhan, Esquire
Commonwealth of Pennsylvania
524 Forum Building
Harrisburg   PA   17120

John H. Knight, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington   DE   19801

Kimberly Kriger
Kekst and Company
19th Floor
437 Madison Avenue
New York   NY   10022
*Kekst & Company*

Ronald Lague
Semikron, Inc.
11 Executive Drive
Hudson   NH   03051

Todd C. Schlitz, Esquire
Wolf, Block, Schorr & Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington   DE   19801
*(Murata Manufacturing Co., Ltd)*

Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
400 Commerce Center
1201 Orange St.
P.O. Box 2031
Wilmington   DE   19899-2031
*(U.S. Bank, N.A)*

Pauline K. Morgan, Esquire
Maureen D. Luke, Esquire
Young Conaway Stargatt & Taylor LLP
17th Floor
The Brandywine Building
1000 West Street
Wilmington   DE   19899
*(Debtors' Co-Counsel)*

Karen L. Morris, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
Suite 340
1200 K Street, N.W.
Washington   DC   20005-4026
*(Pension Benefit Guaranty Corporation)*

# Insilco Technologies, Inc., et al.

## 2002 Service List

Dennis J. O'Grady, Esquire
Warren J. Martin, Jr., Esquire
Riker Danzig Scherer Hyland & Perretti LLP
One Speedwell Avenue
P.O. Box 1981
Morristown   NJ   07962
*(Wachovia)*

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington   DE   19806
*(PRD Holdings, Inc.; Lawrence F. DeGeorge)*

Michael R. Lastowski, Esquire
Duane Morris LLP
Suite 1200
1100 North Market Street
Wilmington   DE   19801-1246
*(Committee of Unsecured Creditors)*

Andrew N. Rosenberg, Esquire
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York   NY   10019

Mark S. Samila, Esquire
Kahn Dees Donavan & Kahn, LLP
Suite 305
501 Main Street
P.O. Box 3646
Evansville   IN   47708
*(DSM Energizing Plastic Plastics, Inc.)*

Patricia Schrage, Esquire
U.S. Securities & Exchange Commission
233 Broadway
New York   NY   10279

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover   DE   19903

Secretary of Treasury
P.O. Box 7040
Dover   DE   19903

Securities & Exchange Commission
15th & Pennsylvania Avenue, NW
Washington   DC   20020

Andrew I. Silfen, Esquire
Schuler G. Carroll, Esquire
Arent Fox Kintner Plotkin & Kahn, PLLC
25th Floor
1675 Broadway
New York   NY   10019
*(Committee of Unsecured Creditors)*

Ms. Ruth E. Skolnick, Legal Assistant
Watson Wyatt & Company
1717 H Street NW
Washington   DC   20006-3900
*(General Counsel's Office)*

Ellen W. Slights, Esquire
U.S. Attorney's Office
Assistant United States Attorney
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington   DE   19899-2046

Carol G. Stebbins, Esquire
Insilco Holding Co.
118 East Gambier Street
Mt Vernon   OH   43050
*(Bankruptcy Debtor)*

Heather Sullivan, Sr. Paralegal
UnumProvident Corporation
2211 Congress Street
M-382
Portland   ME   04122

# Insilco Technologies, Inc., et al.

## 2002 Service List

LuAnn K. Taschek, Office of Chief Counsel
Department of Community and Economic Development
Commonwealth Keystone Building
4th Floor
400 North Street
Harrisburg   PA   17120-0225

Ms. Christa Goodwin Vazquez, National Accounts
The Travelers Insurance Co.
1 Tower Square-9GS
Hartford   CT   06183-4044
*(The Travelers Insurance Co.)*

Karen Wagner, Esquire
Lorilee A. Vaughan, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York   NY   10017
*(DLJ Merchant Banking Partners II, L.P.)*

Scott A. Farrimond
John M. Castillo
Stumpf Craddock Massey & Pulman
112 E. Pecan Street
Suite 700
San Antonio   TX   78205

Mr. Todd Stanberry
Sealy & Company, Inc.
333 Texas Street
Suite 1050
Shreveport   LA   71101-3680

Lori Robertson, Esquire
LINBARGER COGGIN BLAIR & sAMPSON LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin   TX   78760-7428
*Hidalgo County, Rio Grande City CISD Starrr County*

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
1720 Univision Center
Dallas   TX   75201-2644
*Rockwall County & Rockwall Cad*

Antonia Roberson
Madison Liquidity Investors
6310 Larmar Ave, Ste 120
Overland Park   KS   66202-4293

Jeanna E. Hussey
Assistant Attorney General
New York State Office of the Attorney General
Environmental Protection Bureau
120 Broadway
26th Floor
New York   NY   10271
*State of New York*

Neil H. Herskowitz
ReGen Capital I, Inc.
P.O. Box 626
Planetarium Station
New York   NY   10024-0540

Robert M. Hirsh, Esquire
Duane Morris LLP
380 Lexington Avenue
New York   NY   10022
*General Electric Capital*

Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
313 N. DuPont Hwy.
Suite 110
P.O. Box 617
Odessa   DE   19730-1617
*Toyota Motor Credit Corporation*

**Insilco Technologies, Inc., et al.**

# 2002 Service List

David G. Aelvoet, Esquire
Heard Linebarder Graham Goggan Blair et al
711 Navarro, Suite 300
San Antonio   TX   78205

Adam Berman
Eric Niederman
Great Lakes REIT, L.P.
823 Commerce Drive
Suite 300
Oak Brook   IL   60523

Christine Z. Heri
U.S. Department of Labor
Office of the Solicitor
230 South Dearborn Street
Suite 844
Chicago   Il   60604

Selinda Melnik, Esquire
Buchanan Ingersoll, PC
1201 North Market Street
Suite 1501
chase Manhattan Centre
Wilmington   DE   19801

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue
Suite 1200
P.O. Box 1266
Wilmington   DE   19899-1266

David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street
Suite 1000
Wilmington   DE   19801

Sara L Chenetz, Esquire
DLA Piper Rudnick Gray Cary US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles   CA   90067-6022
*Attorneys for Anthony J. Mainella, Richard T. Walsh*

John A. Wall, Esquire
Wall, McCormack & Robinson, P.C.
860 Prospect Hill Road
Windsor   CT   06095
*Specialty Steel Treating, Inc.*