IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
Chad Shandler, Trustee of Insilco Liquidating          :
Trust,                                                  :        Civil Action No. 04-1567
                                                        :
                        Appellant,                      :        Bankr. Case No. 02-13672
                                                        :
            v.                                          :        Jointly Administered
                                                        :
Term C Lenders,                                         :
                                                        :
                        Appellees.                      :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James I. McClammy to represent the Term C Lenders[1] in this matter.

Signed: _Charlene D. Davis_

Charlene D. Davis (No. 2336)
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000

Counsel for the Term C Lenders

Date:  July __, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____       _____

_____

[1] So designated in the caption.  The Term C Lenders are DLJ Merchant Banking Partners II, L.P., DLJ Merchant Banking Partners II-A, L.P., DLJ Diversified Partners, L.P., DLJ Diversified Partners-A, L.P., DLJ EAI3 Partners, L.P., DLJ ESC II, L.P., DLJ Millennium Partners, L.P., DLJ Millennium Partners-A, L.P., DLJ Offshore Partners II, C.V., MBP II Plan Investors.

595262v1

United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bars of New Jersey and New York and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _James L. McClammy_
James L. McClammy
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

Date: _July 21, 2005_

586172v1