## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>        Appellant,<br><br>    v.<br><br>TERM C LENDERS,<br><br>        Appellees. | :<br>:<br>:<br>:<br>:    C.A. No. 04-1567 (GMS)<br>:<br>:<br>:<br>:<br>: |

### STIPULATION EXTENDING APPELLANT'S REPLY DEADLINE

IT IS HEREBY STIPULATED, by and between Chad J. Shandler, as Trustee to the Insilco Liquidating Trust (the "Appellant"), and the Term C Lenders that the briefing schedule in this appeal is modified to provide that the Appellant shall have to August 9, 2005 to file and serve his Reply Brief.

DATED:      August 5, 2005

_____
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901

-and-

Andrew I. Silfen
Schuyler G. Carroll
Michael S. Cryan
ARENT FOX PLLC
1675 Broadway
New York, NY 10019
Telephone:    (212) 484-3900

*Counsel for Chad J. Shandler,*
*Creditor Trustee*

_____
Neil B. Glassman (DE 2087)
Charlene Davis (DE 2336)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:    (302) 429-4212
Facsimile:    (302) 658-6395

-and-

Karen E. Wagner, Esq.
Patricia A. Bradford, Esq.
James I. McClammy, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017

*Attorneys for Term C Lenders*

WLM\209109 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHAD J. SHANDLER, CREDITOR | : |
| TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*, | : |
| | : |
| Appellant, | : |
| v. | : C.A. No. 04-1567 (GMS) |
| | : |
| TERM C LENDERS, | : |
| | : |
| Appellees. | : |
| | : |

## **ORDER**

IT IS HEREBY ORDERED that the Stipulation Extendig the Appellant's Reply Deadline

is Approved and the Appellant shall have until August 9, 2005 by which to file and serve his

Reply Brief.

Dated: _____, 2005     _____

                                                                    The Honorable Gregory M. Sleet
                                                                    United States District Court Judge

WLM\209109 1