DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

CHRISTOPHER M. WINTER
DIRECT DIAL: 302 657 4951
E-MAIL: cmwinter@duanemorris.com

www.duanemorris.com

August 5, 2005

**Via Hand Delivery**
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    **Chad J. Shandler, Creditor Trustee of Insilco Technologies, Inc., et al. v. Term C. Lenders, Civil Action No. 04-1567 (GMS)**

Dear Judge Sleet:

    I write as counsel to Chad J. Shandler, Creditor Trustee and Appellant in the above-referenced appeal. On June 16, 2005, upon request of the parties, Your Honor entered an order approving a stipulated briefing schedule that provided, *inter alia*, that the Appellant's reply brief was due on or before August 5, 2005. The parties have entered into a subsequent Stipulation that modifies the briefing schedule by extending the deadline for the Appellant's reply brief to August 9, 2005.

    Enclosed for Your Honor's convenience is a copy of the Stipulation extending the reply brief deadline and a proposed form of order approving the Stipulation. If the modification to the briefing schedule contained in the Stipulation is acceptable, it is respectfully requested that Your Honor enter the attached order.

    As always, I am available to answer any questions at the Court's convenience.

Respectfully,

Christopher M. Winter

CMW/ata

DUANE MORRIS LLP

1100 NORTH MARKET STREET, SUITE 1200   WILMINGTON, DE 19801-1246         PHONE: 302 657 4900   FAX: 302 657 4901
WLM\209155.1

DuaneMorris

The Honorable Gregory M. Sleet
August 5, 2005
Page 2

Enclosure
cc:    Andrew Silfen, Esquire
        Schuyler G. Carroll, Esquire
        Michael S. Cryan, Esquire
        Charlene D. Davis, Esquire
        Karen E. Wagner, Esquire
        Patricia A. Bradford, Esquire
        James I. McClammy, Esquire

WLM\209155.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*, <br><br> Appellant, <br><br> v. <br><br> TERM C LENDERS, <br><br> Appellees. | : <br> : <br> : <br> : <br> : C.A. No. 04-1567 (GMS) <br> : <br> : <br> : <br> : <br> : |

### STIPULATION EXTENDING APPELLANT'S REPLY DEADLINE

IT IS HEREBY STIPULATED, by and between Chad J. Shandler, as Trustee to the Insilco Liquidating Trust (the "Appellant"), and the Term C. Lenders that the briefing schedule in this appeal is modified to provide that the Appellant shall have to August 9, 2005 to file and serve his Reply Brief.

DATED: August 5, 2005

_____
Michael R. Lastowski (DE 3892)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901

-and-

Andrew I. Silfen
Schuyler G. Carroll
Michael S. Cryan
ARENT FOX PLLC
1675 Broadway
New York, NY  10019
Telephone:   (212) 484-3900

*Counsel for Chad J. Shandler,
Creditor Trustee*

_____
Neil B. Glassman (DE 2087)
Charlene Davis (DE 2336)
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 429-4212
Facsimile:   (302) 658-6395

-and-

Karen E. Wagner, Esq.
Patricia A. Bradford, Esq.
James I. McClammy, Esq.
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY  10017

*Attorneys for Term C Lenders*

WLM\209109.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*, <br><br> Appellant, <br><br> v. <br><br> TERM C LENDERS, <br><br> Appellees. | : <br> : <br> : <br> : <br> : C.A. No. 04-1567 (GMS) <br> : <br> : <br> : <br> : |

## ORDER

IT IS HEREBY ORDERED that the Stipulation Extendig the Appellant's Reply Deadline is Approved and the Appellant shall have until August 9, 2005 by which to file and serve his Reply Brief.

Dated: _____, 2005

_____
The Honorable Gregory M. Sleet
United States District Court Judge

WLM\209109 1