IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| INSILCO TECHNOLOGIES, INC., *et al.*, | ) Case No. 02-13672 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust, | ) Case No. 04-1567 (GMS) |
| | ) |
| Appellant. | ) |
| | ) |
| v. | ) |
| | ) |
| TERM C LENDERS, | ) |
| | ) |
| Appellees. | ) |

### CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that a copy of the **Reply Brief of Appellant** was served on August 9, 2005 upon the individuals on the attached service list in the manner indicated:

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 9, 2005
Wilmington, Delaware

_____
Christopher M. Winter (ID No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901

WLM\210441.1

## Service List

David L. Buchbinder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
*Via Hand Delivery*

Karen E. Wagner, Esquire
Patrick A. Bradford, Esquire
James I. McClammy, Esquire
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
*Via First Class Mail*

Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Via Hand Delivery*

David P. Primack, Esquire
Drinker, Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
*Via E-mail*

WLM\210441.1