IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
INSILCO TECHNOLOGIES, INC., et al.,            :   Case No. 02-13672 (KJC)
                                               :
              Debtors.                         :   Jointly Administered
                                               :
-----------------------------------------------------------------x
                                               :
CHAD SHANDLER, as Trustee to the Insilco       :
Liquidating Trust,                             :   Case No. 04-1567 (GMS)
                                               :
              Appellant,                       :
                                               :
       v.                                      :
                                               :
TERM C LENDERS,                                :
                                               :
              Appellees.                       :
-----------------------------------------------------------------x
```

## REQUEST FOR ORAL ARGUMENT

The Term C Lenders, by and through their counsel Davis Polk & Wardwell and The Bayard Firm, and pursuant to Rule 8012 of the Federal Rules of Bankruptcy Procedure and Rule 7.1.4 of the District Court Local Rules, hereby request that the Court schedule oral argument in this appeal at its convenience.

Dated: August 11, 2005

                                           THE BAYARD FIRM

                                           /s/ Charlene D. Davis
                                           Neil B. Glassman (No. 2087)
                                           Charlene D. Davis (No. 2336)
                                           222 Delaware Avenue, 9th Floor
                                           Wilmington, DE  19801
                                           Tel: (302) 655-5000
                                           Fax: (302) 658-6395

                                                - and -

597404v1

DAVIS POLK & WARDWELL
Karen E. Wagner
Patrick A. Bradford
James I. McClammy
450 Lexington Avenue
New York, NY  10017
Tel:  (212) 450-4000
Fax:  (212) 450-3800

Counsel for the Term C Lenders