# CERTIFICATE OF SERVICE

I, Charlene D. Davis, Esquire, do hereby certify that on the 11th day of August, 2005, I caused a true and correct copy of the **Request for Oral Argument** to be served upon the parties listed below in the manner(s) indicated.

**VIA FIRST CLASS U.S. MAIL and ELECTRONIC MAIL**

Andrew I. Silfen, Esquire
Arent Fox Kintner Plotkin & Kahn, PLLC
25th Floor
1675 Broadway
New York, NY 10019
silfen.andrew@arentfox.com

**VIA HAND DELIVERY**

Michael Lastowski, Esquire
Duane Morris LLP
110 N. Market Street
Suite 1200
Wilmington, DE 19801

Michael Cryan, Esquire
Arent Fox Kintner Plotkin & Kahn, PLLC
25th Floor
1675 Broadway
New York, NY 10019
cryan.michael@arentfox.com

*[signature]*
Charlene D. Davis (No. 2336)

597522v1