IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>Debtors.<br><br>———<br><br>CHAD SHANDLER, as Trustee to the<br>Insilco Liquidating Trust,<br><br>   Appellant,<br><br>v.<br><br>TERM C LENDERS,<br><br>   Appellees. | Bankruptcy Case No. 02-13672 (KJC)<br>(Chapter 11)<br><br><br><br><br><br><br><br>C.A. No. 04-1567 (GMS) |

## ORDER

Presently before the court is an appeal from the November 18, 2004, order of the United States Bankruptcy Court in the District of Delaware (1) granting the Motion of the Term-C Lenders to Enforce Orders, Dismiss Objection of the Official Committee of Unsecured Creditors, and Authorize Distribution, and (2) dismissing the First Omnibus (Substantive) Objection of the Official Committee of Unsecured Creditors to Claims of Class 7 Creditors, wherein the Official Committee of Unsecured Creditors ("the Creditors' Committee") sought "to reclassify or subordinate the Claims of the Term-C Lenders under the Term-C Loan."

As pointed out by the bankruptcy court, Section 4 of the Settlement Agreement provides in relevant part:

> A. <u>Releases by the Debtors and the Creditors' Committee</u> – The Debtors and the Creditors' Committee [hereinafter the "Releasing Estate Parties] . . . hereby

> fully waive, release and forever discharge . . . each of the Senior Lenders [hereinafter the "Released Lender Parties"] . . . from any and all manner of actions, causes of action, in law or in equity, suits, debts, liens, contracts, agreements, promises, liabilities, claims, damages, losses, controversies, trespasses, remedies, defenses, set-offs, surcharges, costs or expenses of any nature whatsoever, known or unknown, fixed or contingent, which the Releasing Estate Parties have had, now have, or may hereafter have against the Released Lender Parties, by reason of any matter, cause or thing whatsoever, from the beginning of time through and to the Settlement Effective Date . . . .
>
> . . .
>
> C.  <u>Limitation on Release of Term C-Lenders</u> – The releases and waivers contained in Paragraph 4A of this Settlement Agreement for the benefit of the Released Lender Parties shall also apply to the Term C Lenders . . . only in respect of the Term-C Loans . . . and notwithstanding anything herein to the contrary, the Term-C Lenders . . . shall not otherwise be released or deemed released. . . .

(D.I. 13 at A17-A20.) Given the express release granted to the Term C Lenders from "any and all manner of actions, causes of action, in law or in equity" "in respect of the Term-C Loans," this court agrees with the bankruptcy court that "the terms of the Settlement Agreement . . . unambiguously release[s] the Term C Lenders from the claims asserted in the Objection." (D.I. 13 at A640.)

IT IS HEREBY ORDERED THAT:

> The November 18, 2004, order of the bankruptcy court be AFFIRMED.

Dated: March 14, 2006

UNITED STATES DISTRICT JUDGE