IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>        Debtors | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust,<br><br>        Appellant.<br><br>v.<br><br>TERM C LENDERS,<br><br>        Appellees. | Case No. 04-1567 (GMS) |

## NOTICE OF APPEAL

Notice is hereby given that appellant, Chad Shandler, in his capacity as Trustee of the Insilco Liquidating Trust, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of this Court entered on March 14, 2006 (Docket No. 22), in favor of appellees, affirming the November 18, 2004, order of the bankruptcy court.

Dated: March 30, 2006
      Wilmington, Delaware

                            /s/
Michael R. Lastowski (ID No. 3892)
Richard W. Riley (ID No. 4052)
Christopher M. Winter (ID No. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
          mlastowski@duanemorris.com
          rriley@duanemorris.com

-and-

Andrew I. Silfen
Michael S. Cryan
Heike M. Vogel
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
          silfen.andrew@arentfox.com

*Attorneys for Chad Shandler, Trustee of the Insilco Liquidating Trust*