IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>INSILCO TECHNOLOGIES, INC., *et al.*,<br><br>        Debtors | Chapter 11<br><br>Case No. 02-13672 (KJC)<br><br>(Jointly Administered) |
| CHAD SHANDLER, as Trustee to the Insilco Liquidating Trust,<br><br>        Appellant.<br><br>v.<br><br>TERM C LENDERS,<br><br>        Appellees. | Case No. 04-1567 (GMS) |

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Appeal** was made on March 30, 2006 upon the following individuals in the manner indicated:

**Via Hand Delivery**
Neil B. Glassman, Esquire
Charlene Davis, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
*(Counsel for DLJ Merchant Banking Partners, et al.)*

**Via First Class Mail**
Karen E. Wagner, Esquire
Patricia A. Bradford, Esquire
James I. McClammy, Esquire
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, NY 10017
*(Counsel for Term C Lenders)*

**Hand Delivery**
David L. Buchbinder, Esquire
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street, Suite 2207
LockBox 35
Wilmington, DE 19801

**Hand Delivery**
David P. Primack, Esquire
Michael George Phillips, Esquire
DRINKER BIDDLE & REATH LLP
1100 North Market Street, 10th Floor
Wilmington, DE 19801

| **Hand Delivery** | **First Class Mail** |
|---|---|
| Michael R. Lastowski, Esquire | Andrew I. Silfen, Esquire |
| Richard W. Riley, Esquire | Michael S. Cryan, Esquire |
| Christopher M. Winter, Esquire | Heike M. Vogel, Esquire |
| DUANE MORRIS LLP | ARENT FOX PLLC |
| 1100 N. Market Street, 12th Floor | 1675 Broadway |
| Wilmington, DE 19801 | New York, NY 10019 |

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: March 30, 2006
      Wilmington, Delaware

_____
Christopher M. Winter (DE I.D. 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      cmwinter@duanemorris.com