UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-2162

IN RE: INSILCO TECHNOLOGIES, INC., ET AL.,
                                                  Debtors

CHAD SHANDLER, as Trustee to the Insilco
Liquidating Trust,

Appellant

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 04-cv-01567)
District Judge: Honorable Gregory M. Sleet

Argued March 6, 2007

Before: SLOVITER and AMBRO, Circuit Judges
THOMPSON,[1] District Judge

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the District of Delaware and was argued on March 6, 2007.

On consideration whereof, IT IS ORDERED AND ADJUDGED by this Court that the judgment of the District Court dated March 14, 2006, is hereby affirmed. Costs

---

[1] Honorable Anne E. Thompson, Senior United States District Judge for the District of New Jersey, sitting by designation.

taxed against the Appellant. All of the above in accordance with the opinion of this Court.

                    ATTEST:

                    /s/Marcia M. Waldron
                    Clerk

Dated: March 20, 2007

Certified as a true copy and issued in lieu of a formal mandate on April 13, 2007

Teste: *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**