OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

|  |  |  |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4922 |

www.ca3.uscourts.gov

April 13, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-2162**
  **In re: Insilco Tech**
    **No. 04-cv-01567**

Dear Mr. Dalleo:

   Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

   Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

                                  Very truly yours,
                                  MARCIA M. WALDRON
                                  Clerk

                            By:  Lynn M. Lopez
                                 Case Manager

Enclosure
cc:
       Michael R. Lastowski, Esq.
       Andrew I. Silfen, Esq.
       Charlene D. Davis, Esq.
       Karen E. Wagner, Esq.